UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE BLACK & DECKER CORPORATION, )<br>BLACK & DECKER, INC., BLACK & DECKER )<br>(U.S.) INC., EMHART CORPORATION, and )<br>EMHART, INC., )<br>Defendants. )<br>)<br>) | CIVIL ACTION<br>No. 96-10804-DPW<br><br>1:04-CV-10683-DPW<br>(W.W. Cross, NH<br>  [Tack pile] ) |

## Witness List

### W.W. Cross Tack Pile (Jaffrey, N.H.)

Pursuant to Fed.R.Civ.P. 26(a)(3)(A), Liberty Mutual Insurance Company designates the following individuals as trial witnesses:

John E. Morton
Group One Industrial LLC
2 Cote Lane, Unit One
Bedford, NH  03110

Arthur J. Christian
68 Forest Park
Jaffrey, NH  03452
(603) 532-7110

Harold G. Sands
369 Dublin Road
Jaffrey, NH  03452
(603) 532-6503

Brian C. Gill
299 Upper Troy Road
Fitzwilliam, NH 03447
(603) 242-3646

Waldo R. Greene
17 Birch Lane
Voorheesville, NY 12186
(518) 765-4074

Charles F. DeMailly, Jr.
17 Wildwood Terrace
Mattapoisett, MA 02739
(508) 758-4656

Peter B. Knowlton
74 Conant Street
Beverly, MA 01915
(978) 922-4340

Franklin E. Woodard, Ph.D., P.E.
President
Woodard & Curran
41 Hutchins Drive
Portland, ME 04102
(207) 774-2112

John D. Tewhey, Ph.D.
Senior Consultant
Woodard & Curran
41 Hutchins Drive
Portland, ME 04102
(207) 774-2112

Peter Alvey
Principal Engineer
Roux Associates
2000 Spring Road, Suite 110
Oak Brook, IL 60523
(630) 572-3300

Charity Connor, Esq.
Senior Project Manager
Computer Sciences Corporation
Risk Management, Claims & Legal Solutions
1617 JFK Boulevard, Suite 700
Philadelphia PA 19103
(215) 814-6300


Keeper of the Records for the Town of Jaffrey Departments, Offices and Agencies

Keeper of the Records for Federal, State and Local Environmental Agencies

Keeper of the Records for Environmental Consultants, Engineers and Other Vendors Who Performed Activities at the W.W. Cross Site in Jaffrey, New Hampshire

Keeper of the Records for Third Party Documents Produced During the Course of this Litigation

Keeper of the Records of Invoices Rendered With Respect to the W.W. Cross Site, Jaffrey, New Hampshire

Keeper of the Records for Newspaper Articles and Publications Regarding the W.W. Cross Site, Jaffrey, New Hampshire

Keeper of the Records for Photographs Regarding the W.W. Cross Site, Jaffrey, New Hampshire

Keeper of the Records for Maps and Diagrams Regarding the W.W. Cross Site, Jaffrey, New Hampshire

LIBERTY MUTUAL INSURANCE COMPANY

By its attorneys,

/s/ Ralph T. Lepore III
Ralph T. Lepore, III (BBO #294420)
Janice Kelley Rowan (BBO #265520)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA  02116
(617) 523-2700

Dated:  March 14, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of March 2005 I caused a copy of the foregoing document to be served by hand upon Jack R. Pirozzolo, Esq., counsel for defendants, at Willcox, Pirozzolo and McCarthy, P.C., 50 Federal Street, Boston, MA  02110.

/s/ James M. Tierney
James M. Tierney

# 2687368_v1