UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE BLACK & DECKER CORPORATION, )<br>BLACK & DECKER, INC., BLACK & DECKER )<br>(U.S.) INC., EMHART CORPORATION, and )<br>EMHART, INC., )<br>Defendants. )<br>) | CIVIL ACTION<br>No. 96-10804-DPW<br><br>1:04-CV-10683-DPW<br>(W.W. Cross, NH<br>[Tack pile] ) |

**LIBERTY MUTUAL INSURANCE COMPANY'S
PROPOSED DEPOSITION DESIGNATIONS**

Pursuant to Fed.R.Civ. P.26(a)(3)(B), Liberty Mutual Insurance Company submits the proposed deposition designations, which are appended hereto.

LIBERTY MUTUAL INSURANCE COMPANY

By its attorneys,

       /s/ Ralph T. Lepore
Ralph T. Lepore, III (BBO #294420)
Janice Kelley Rowan (BBO #265520)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA  02116
(617) 523-2700

Dated:  March 14, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of March 2005 I caused a copy of the foregoing document to be served by hand upon Jack R. Pirozzolo, Esq., counsel for defendants, at Willcox, Pirozzolo and McCarthy, P.C., 50 Federal Street, Boston, MA  02110.

       /s/ James M. Tierney
James M. Tierney

# 2682461_v1

**JOHN E. MORTON, NOVEMBER 4, 1997**

**W.W. CROSS SITE (JAFFREY, N.H.)**

**LIBERTY MUTUAL'S DEPOSITION DESIGNATIONS**

**Page:Line(s)**
4:10-16
5:20-22
6:10-8:2
10:17-11:1
11:3-7
11:9-13
11:20-12:12
15:7-16:11
16:23-18:13
18:18-19:5
20:17-20
20:22-21:4
21:17-22:9
22:15-23:5
24:19-25:2
25:4-19
26:3-27:2
27:10-28:24
29:3-5
29:11-30:12
30:18-31:1
31:6-11
31:18-21
32:7-33:9
33:11-34:1
34:3-8
34:24-35:6
35:8-36:4
36:6-37:13
40:9-21
40:23-41:11
41:13-24
42:2-15
42:21-24
43:2-44:7
44:9-45:10
45:15-46:5

Morton Deposition Designations
Page 2

46:7-8
46:14-48:16
48:18-50:6
50:8-51:7
51:9-19
52:10-13
52:15-53:6
53:10-22
56:3-16
57:14-16
57:18-20
57:22-58:2
60:7-16
60:18-62:1
62:3-12
64:14-18
65:10-22
65:24-66:6
66:8-21
66:23-24
67:2-7
67:9-17
67:19-68:4
68:6-69:16
70:8-23
71:1-9
71:11-19
71:21-78:16
90:3-20
92:21-93:10
93:12-13
93:15-21
99:24-100:17
102:3-10
104:24-105:11
105:13-107:8
107:14-24
108:1-4
109:16-23
111:3-4
119:9-10
119:13-17
119:19-23
120:1-4

Morton Deposition Designations
Page 3

120:6-8

# 2682506_v1

**HAROLD G. SANDS, MARCH 13, 1999**

**W.W. CROSS SITE (JAFFREY, N.H.)**

**LIBERTY MUTUAL'S DEPOSITION DESIGNATIONS**

**Page:Line(s)**

6:3-13
6:17-21
7:21-8:14
8:22-12:4
16:2-5
16:15-17:2
17:4-19:17
19:24-20:18
22:11-16
25:6-27:24
28:2-29:2
29:12-30:12
30:14-18
31:12-36:21
36:23-37:1
37:11-46:20
47:12-22
49:18-53:21
54:1-4
54:6-17
54:6-17
57:10-13
59:24-60:15
66:1-67:24
68:2-16
68:19-69:3
70:6-10
75:19-22
76:9-77:9
79:7-80:6
80:18-82:3
82:5-83:24
92:3-18
100:7-20
101:2-102:24
106:15-107:16

107:18-21
107:23-108:10
111:4-112:9
113:8-116:4
117:18-118:21

# 2682543_v1

<u>**ARTHUR J. CHRISTIAN, NOVEMBER 20, 1997**</u>

<u>**W.W. CROSS SITE (JAFFREY, N.H.)**</u>

<u>**LIBERTY MUTUAL'S DEPOSITION DESIGNATIONS**</u>

<u>**Page:Line(s)**</u>

6:9-18
7:1-2
8:9-9:6
9:13-17
9:22-11:2
18:3-13
18:24-20:14
20:23-21:4
22:17-23:4
25:24-26:19
27:13-28:11
29:24-32:3
32:15-33:2
34:22-35:2
35:4-5
42:21-44:22
54:23-55:15
55:21-56:22
60:5-10
60:12-61:13
61:19-62:8
63:20-68:2
69:4-12
91:5-92:5
95:4-99:17

# 2682564_v1