UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION No. 96-10804-DPW |
| THE BLACK & DECKER CORPORATION, BLACK & DECKER, INC., BLACK & DECKER (U.S.) INC., EMHART CORPORATION, and EMHART, INC., | ) ) ) ) ) | 1:04-CV-10683-DPW (W.W. Cross, NH [Tack pile] ) |
| Defendants. | ) ) ) | |

**LIBERTY MUTUAL INSURANCE COMPANY'S
<u>EXHIBIT LIST FOR W.W. CROSS TACK PILE  SITE</u>**

Pursuant to Fed.R.Civ.P. 26(a)(3)(C), Liberty Mutual Insurance Company designates the following trial exhibits, which are appended hereto.

                        LIBERTY MUTUAL INSURANCE COMPANY

                        By its attorneys,

                        /s/ Ralph T. Lepore III
                        Ralph T. Lepore, III (BBO #294420)
                        Janice Kelley Rowan (BBO #265520)
                        HOLLAND & KNIGHT LLP
                        10 St. James Avenue
                        Boston, MA  02116
Dated:  March 14, 2005    (617) 523-2700

## CERTIFICATE OF SERVICE

     I hereby certify that on this 14th day of March 2005 I caused a copy of the foregoing document to be served by hand upon Jack R. Pirozzolo, Esq., counsel for defendants, at Willcox, Pirozzolo and McCarthy, P.C., 50 Federal Street, Boston, MA  02110.

                                                  /s/ James M. Tierney
                                              James M. Tierney

# 2689495_v1