UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | No. 96-10804-DPW |
| THE BLACK & DECKER CORPORATION, | ) | |
| BLACK & DECKER, INC., BLACK & DECKER | ) | |
| (U.S.) INC., EMHART CORPORATION, and | ) | 1:04-CV-10683-DPW |
| EMHART, INC., | ) | (W.W. Cross, NH |
| Defendants. | ) | [Tack pile] ) |
| | ) | |
| | ) | |

**Exhibit List**

**W.W. Cross Tack Pile (Jaffrey, NH)**

| Revised Exh. No. | Document | Identifier |
|---|---|---|
| 8-1 | Most Recent Curriculum Vitae of Franklin E. Woodard, Ph.D., P.E., President, Woodard & Curran, Inc. | |
| 8-2 | Most Recent Curriculum Vitae of John D. Tewhey, Ph.D., Senior Consultant, Woodard & Curran, Inc. | |
| 8-3 | Most Recent Curriculum Vitae of Peter Alvey, Principal Engineer, Roux Associates, Inc. | |
| 8-4 | Expert Report, W.W. Cross Site, Jaffrey, New Hampshire, dated April 29, 1998, prepared by Woodard & Curran | Woodard & Curran Expert Report (4/29/98) |
| 8-5 | Expert's Report, W.W. Cross Facility – Jaffrey, New Hampshire, Huth Oil Site – Cleveland, Ohio, J.C. Rhodes – New Bedford, Massachusetts, Former Whitman Metals Products Site – Whitman, Massachusetts, dated April 30, 1998, prepared by Roux | Roux Expert's Report (4/30/98) |

| Revised Exh. No. | Document | Identifier |
|---|---|---|
| | Associates, Inc. | |
| 8-6 | Supplemental Expert Report, dated August 2000, prepared by Woodard & Curran | Woodard & Curran Supplemental Expert Report (8/2000) |
| 8-7 | Expert Report, PCI/W.W. Cross Site, Jaffrey, New Hampshire, dated February 27, 2003, prepared by Woodard & Curran | Woodard & Curran Expert Report (2/27/03) |
| 8-8 | Supplemental Expert Report For Five Sites, dated February 27, 2003, prepared by Woodard & Curran | Woodard & Curran Supplemental Expert Report for Five Sites (2/27/03) |
| 8-9 | Expert's Report, WW Cross, Jaffrey, New Hampshire, dated February 28, 2003, prepared by Roux Associates, Inc. | Roux Expert's Report (2/28/03) |
| 8-10 | Roux Expert's Report, Appendix B, List of Documents | Roux Expert's Report (2/28/03) |
| 8-11 | Expert Statement, dated April 4, 2003, prepared by Woodard & Curran | Woodard & Curran Expert Statement (4/4/03) |
| 8-12 | Expert's Rebuttal Report, dated April 4, 2003, prepared by Roux Associates, Inc. | Roux Expert's Rebuttal Report (4/4/03) |
| 8-13 | Roux Expert's Rebuttal Report, Appendix A, Invoice Listing, April 4, 2003 | Roux Expert's Rebuttal Report (4/4/03) |
| 8-14 | Roux Expert's Rebuttal Report, Appendix B, Future Cost Estimate-Detailed Unit Cost Sheet for the W.W. Cross Site, April 4, 2003 | Roux Expert's Rebuttal Report (4/4/03) |
| 8-15 | Roux Expert's Rebuttal Report, Appendix B, Future Cost Estimate-Roux Associates Net Present Value Calculation for W. W. Cross Facility, Jaffrey, NH, April 4, 2003 | Roux Expert's Rebuttal Report (4/4/03) |

| Revised Exh. No. | Document | Identifier |
|---|---|---|
| 8-16 | Diagram of Plant No. 1 | Morton Depo Ex. 3; 04DES 0059 |
| 8-17 | Diagram of Plant Nos. 1 & 2, dated February 7, 1947 | BD108-0278 |
| 8-18 | Map of Plant; Diagram of Plant Nos. 1 & 2, dated February 7, 1947 | BD108-0279; Sands Exh. 2 |
| 8-19 | Diagram of Plant Nos. 1 & 2, dated February 7, 1947 | WW CROSS 3 2206 |
| 8-20 | Diagram of Plant Nos. 1 & 2, dated February 7, 1947 | WW CROSS 3 2239 |
| 8-21 | Map of Plant; Diagram of Plant Nos. 1 & 2, dated February 7, 1947 | BD118-1261; Sands Exh. 3 |
| 8-22 | Diagram of Plant Nos. 1 & 2, dated February 7, 1947 | BD108-0745 |
| 8-23 | Photograph of W.W. Cross Plant | BD118-1260 |
| 8-24 | Diagram of Plant No. 1 | BD118-0997 |
| 8-25 | Contingency Plan, Emergency Procedures, Preparedness and Prevention Plan | Morton Depo Ex. 6 |
| 8-26 | Map, E.C. Jordan Co., Location of Explorations | Morton Depo Ex. 8 |
| 8-27 | Plan of Plant 1, W.W. Cross Company | Morton Depo Ex. 14; BD118-1261 |
| 8-28 | Interoffice Memorandum, dated July 21, 1980 | Sands Depo Ex. 4 |
| 8-29 | Affidavit of Harold G. Sands | Sands Depo Ex. 5; LXXXIX-005 to LXXXIX-013 |
| 8-30 | Diagram of Plant | Christian Depo Ex. 2; 04DES 0039 |
| 8-31 | Discussions with James Zeppieri, NHDES project manager for W.W. Cross Site, Jaffrey, NH, DES # 870807, undated | Woodard & Curran Supplemental Expert Report for Five Sites, Appendix B (2/27/03) |
| 8-32 | Manufacturing Chemists' Association, Chemical Safety Data Sheet SD-14 (1947 ed.) | Woodard & Curran Expert Report (4/29/98) |

| Revised Exh. No. | Document | Identifier |
|---|---|---|
| 8-33 | National Safety Council, Industrial Data Sheet D-285 (1954 ed.) | Woodard & Curran Expert Report (4/29/98) |
| 8-34 | Proposal for Water Quality Monitoring | LOU Supp 300387 to LOU 300389 |
| 8-35 | Schedule for W.W. Cross Tack Pile Closure | LOU Supp 300485 |
| 8-36 | Table 1, Summary of Sampling and Analytical Information for Soil Samples, W.W. Cross – Tack Pile | LOU Supp 300538 to LOU Supp 300539 |
| 8-37 | Table 2, Summary of Sampling and Analytical Information for Soil Samples, W.W. Cross – Tack Pile | LOU Supp 300540 to LOU Supp 300546 |
| 8-38 | New Hampshire Department of Environmental Services, Application for Groundwater Management Permit for W.W. Cross Tack Pile, DES Site #198708007 | LOU Supp 300354 to LOU Supp 300360 |
| 8-39 | Loureiro Engineering Associates, W.W. Cross Tack Pile Excavation and Removal Area, Figure 1 | LOU Supp 300483 |
| 8-40 | Loureiro Engineering Associates, W.W. Cross Tack Pile Grading Plan, Figure 2 | LOU Supp 300484 |
| 8-41 | Loureiro Engineering Associates, W.W. Cross Tack Pile Site Characterization, Figure 1 | LOU Supp 301239 |
| 8-42 | Loureiro Engineering Associates, W.W. Cross Tack Pile Interim Groundwater Monitoring Plan, Monitoring Well Locations Map, Figure 1 | LOU Supp 301775 |
| 8-43 | U.S. Environmental Protection Agency NPDES Permit to Town of Jaffrey, dated May 16, 1979 | BD108-0589 to BD108-0601 |
| 8-44 | Letter from Paul R. Lane, Vice President, Luster-On Products, Inc., to John Morton, PCI Group, dated September 11, 1980, containing Laboratory Analysis on Samples Collected August 4, 1980 | WW CROSS 4 1878 to WW CROSS 4 1898 |

| Revised Exh. No. | Document | Identifier |
|---|---|---|
| 8-45 | Listing Background Document, Steel Finishing, stamped by J.B. Blatz October 22, 1980 | SB222-0072 to SB222-0087 |
| 8-46 | Documents regarding Cyanide-Free Brass Plating, dated November 1980 | WW CROSS 1 0246 to WW CROSS 1 0255 |
| 8-47 | Inter-Office Memorandum from Charles F. DeMailly, Jr., to G. Butts et al., dated December 4, 1980, containing Letter from Peter B. Knowlton, Linenthal Eisenberg Anderson, Inc., to Charles F. DeMailly, Jr., PCI Group, Inc., dated November 13, 1980 | WW CROSS 2 3688 to WW CROSS 2 3694 |
| 8-48 | United States Environmental Protection Agency Acknowledgement of Application for a Hazardous Waste Permit and attached letter from Christine King, United States Environmental Protection Agency, to PCI Group, Inc. dated March 11, 1981 | WW CROSS 4 1957 to WW CROSS 4 1958 |
| 8-49 | Inter-office Memorandum from W.R. Greene to Buzz DeMailly, dated March 25, 1981, regarding E.P.A. Hazardous Waste – Surface Impoundments | WW CROSS 4 1869 to WW CROSS 4 1877 |
| 8-50 | Inter-office Memorandum from W.R. Greene to Buzz DeMailly, dated April 20, 1981, regarding E.P.A. Hazardous Waste – Sampling Procedure | WW CROSS 4 1840 to WW CROSS 4 1847 |
| 8-51 | Letter from Peter B. Knowlton, LEA, to Charles F. DeMailly, Jr., PCI Group, dated May 15, 1981, containing Standard Form of Agreement Between Owner and Engineer dated May 22, 1981 | WW CROSS 4 1833 to WW CROSS 4 1839 |
| 8-52 | Letter from Charles F. DeMailly, Jr., PCI Group, Inc., to Peter Knowlton, Linenthal Eisenberg Anderson, Inc., dated September 11, 1981 | WW CROSS 4 1307 to WW CROSS 4 1308 |
| 8-53 | Memorandum of September 23, 1981 from Brian C. Gill regarding Meeting with New Hampshire Water Supply and Pollution Control Commission | WW CROSS 4 0756 to WW CROSS 4 0759 |
| 8-54 | Summary of Public Hearing from Brian Gill dated October 16, 1981 | WW CROSS 4 1517 |
| 8-55 | Inter-Office Memorandum of October 20, 1981 from Charles F. DeMailly, Jr. to Norm Hansen regarding Hazardous Waste | WW CROSS 4 1255 |
| 8-56 | Letter of December 29, 1981, to Norman Hansen from Arthur J. Cunningham | BD108-0249 to BD108-0251; Morton Depo Ex. 11 |
| 8-57 | Memorandum of February 4, 1982 from Brian C. Gill to John E. Morton regarding EPA: 40 CFR 122.23 (C-3) | WW CROSS 4 0014 |

| Revised Exh. No. | Document | Identifier |
|---|---|---|
| 8-58 | Letter from John E. Morton to C.F. DeMailly Jr. dated February 9, 1982 regarding Operation of Cyanide Destruct Equipment | WW CROSS 4 0028 to WW CROSS 4 0036 |
| 8-59 | Letter from Water Supply and Pollution Control Commission to Emhart Industries dated February 10, 1982 regarding W.W. Cross | WW CROSS 2764 to WW CROSS 2765 |
| 8-60 | Interoffice Correspondence of February 19, 1982 to T. Bleasdale from R.G. Hawes | BD108-0248 |
| 8-61 | Letter to Paula Schenck, ERT, from Raymond Hawes, Manager – Manufacturing Services, Emhart, dated March 8, 1982 | BD108-0246 to BD108-0247 |
| 8-62 | Letter from John W. Lynch, ERT, to Raymond G. Hawes, Emhart, dated March 17, 1982 | WW CROSS 4 0110 to WW CROSS 4 0114 |
| 8-63 | Letter from PCI Group (WW Cross) to Bureau of Solid Waste Management dated May 11, 1982 regarding WW Cross | SB222-0019 to SB222-0028; Morton Depo Ex. 5 |
| 8-64 | Letter from George S. Goodridge, Emhart, to Brian Gill, PCI Group, Inc., dated May 20, 1982 regarding New Hampshire Groundwater Regulations | WW CROSS 4 0118 to WW CROSS 4 0134 |
| 8-65 | Letter from Brian C. Gill to NCH, JEM, PJC, HGS, WGP, and CFDJR, dated June 10, 1982 regarding Update on Hazardous Waste Plans | WW CROSS 4 0012 |
| 8-66 | Memo from J.B. Blatz to C.F. DeMailly, Jr. re Jaffrey Waste Lagoon, dated June 15, 1982 | WW CROSS 4 0115 to WW CROSS 4 0117 |
| 8-67 | Memorandum of July 21, 1982 from Brian C. Gill to John E. Morton and others regarding Meeting with Ray Hawes, July 20, 1982 | WW CROSS 4 0010 to WW CROSS 4 0011 |
| 8-68 | Interoffice Correspondence of July 26, 1982 from R.G. Hawes to File regarding Meeting with State of New Hampshire July 19, 1982 | WW CROSS 4 0187 to WW CROSS 4 0188 |
| 8-69 | Memo of July 29, 1982, from H.G. Sands to John E. Morton | BD108-0227; Morton Depo Ex. 4 |
| 8-70 | Summary of Water Usage at W.W. Cross prepared by Brian Gill, dated July 29, 1982 | BD108-0225 |
| 8-71 | Letter from Barry Malter, Holland & Knight LLP, to Lynn Woodard, NHDES, dated August 3, 1982 | SB222-0012 to SB222-0018 |
| 8-72 | Memorandum from John Blatz to E.C. Jordan dated September 17, 1982 regarding project summary for | LM Binder 16, Tab 1; Morton Depo Ex. |

| Revised Exh. No. | Document | Identifier |
|---|---|---|
| | Jaffrey Monitoring Well Program. | 12; BD108-0201 to BD108-0202 |
| 8-73 | Letter from Holland & Knight to Bureau of Hazardous Waste Management dated September 20, 1982 regarding W.W. Cross | Roux Expert's Report (2/28/03), Appendix B; SB222-2059 to SB222-2060 |
| 8-74 | Memorandum from John E. Morton to Ray Hawes dated September 27, 1982 regarding Brass Plating | WW CROSS 4 0009 |
| 8-75 | Letter from Holland & Knight to Bureau of Hazardous Waste Management dated October 14, 1982 regarding WW Cross | Roux Expert's Report (2/28/03), Appendix B; SB222-2034 to SB222-2037 |
| 8-76 | Letter from Ray G. Hawes, Emhart, to John Minichiello, Bureau of Hazardous Waste Management, dated October 28, 1982 | BD108-0185 to BD108-0186 |
| 8-77 | Letter from Holland & Knight to Water Supply and Pollution Control Commission dated November 30, 1982 regarding W.W. Cross | Roux Expert's Report (2/28/03), Appendix B; SB222-2008 to SB222-2010 |
| 8-78 | Letter dated December 7, 1982 and other documents regarding W.W. Cross Wastewater Discharge to the Town of Jaffrey P.O.T.W. | WWCross 22928 to WWCross 22947 |
| 8-79 | Letter from Brian Gill, PCI Corp., to Ken Saunders, Public Works, dated December 21, 1982 | WW Cross 22815 |
| 8-80 | Report from E.C. Jordan Co. prepared for W.W. Cross Division of PCI Group, Inc. dated March, 1983 regarding Phase I Water Quality Monitoring Program | Roux Expert's Report (2/28/03), Appendix B |
| 8-81 | Letter from Merrill S. Hohman, U.S. Environmental Protection Agency, to John Morton, PCI Group, W.W. Cross Division, dated May 31, 1985 | LOU124-0261 to LOU124-0265 |
| 8-82 | Letter from John B. Blatz, Emhart, to Robin Lind, U.S. Environmental Protection Agency, dated July 11, 1985 | LOU124-0266 to LOU124-0270 |
| 8-83 | Letter from John B. Blatz, Emhart, to Robin Lind, U.S. Environmental Protection Agency, dated October 30, 1985. | BD108-0773 to BD108-0784; Morton Depo Ex. 7 |
| 8-84 | E.C. Jordan Co., November 5, 1985. Diagram, Location of Explorations, Phase II Water Quality Monitoring Program, PCI Group, Inc., W.W. Cross Division Site | LOU130-0006 |
| 8-85 | Letter from Gwen Porus, geologist, U.S. Environmental Protection Agency, to John Morton, PCI Group, W.W. | LOU124-0283 to LOU124-0284 |

| Revised Exh. No. | Document | Identifier |
|---|---|---|
| | Cross Division, dated November 7, 1985 | |
| 8-86 | Letter from John B. Blatz, Emhart, to Robin Lind, U.S. Environmental Protection Agency, dated November 15, 1985 | LOU124-0285 to LOU124-0287 |
| 8-87 | Outline by Brian C. Gill, Engineering Project Manager, regarding Environmental Compliance as of 4/87, dated April 7, 1987 | WWCross 21729 to WWCross 21734 |
| 8-88 | Memorandum from R.G. Hawes to B.C. Gill regarding Environmental Compliance Review, dated April 20, 1987 | WWCross 21705 to WWCross 21709 |
| 8-89 | Inter-Office Correspondence from J.W. Rachwalski to A.P. Clackson regarding Environmental Reviews, dated June 9, 1987 | WWCross 21692 to WWCross 21697 |
| 8-90 | Letter from NHDES to Emhart Industries dated July 31, 1987 regarding PCI Group | Roux Expert's Report (2/28/03), Appendix B |
| 8-91 | Memorandum from G. Goodridge to R. Branca, D. Hennessy, and J. Blatz, re Sale of PCI-Environmental Problems, dated September 22, 1987 | CHS-1 00634 to CHS-1 00638 |
| 8-92 | Environmental Remediation and Responsibility Agreement between Emhart and PCI, dated December 17, 1987 | SB222-0998 to SB222-1033 |
| 8-93 | Sale of Business and Assets of PCI Group of Emhart Industries, Inc., to PCI Group, Inc., dated December 17, 1987 | MS116652 to MS117142; Rachwalski Depo Ex. 2 |
| 8-94 | Vorce, Soney and Associates, Inc., Land Surveyors, Diagram, 2-Lot Subdivision of Land in Jaffrey, New Hampshire, dated February 24, 1988 | LOU Supp 300875; BD118-0779 |
| 8-95 | Fax from Brian C. Gill, PCI Group, to Linda Biagioni, dated June 21, 1988, containing June 20, 1988, letter from Andrew Minikus, geologist, to Brian Gill, and a copy of the Visual Site Inspection Agenda | BD118-1314 to BD118-1319 |
| 8-96 | Letter from James B. Zeppieri, New Hampshire Department of Environmental Services, to Brian Gill, W.W. Cross, dated December 9, 1993. | Morton Depo Ex. 10; 04DES 0018 to 04DES 0020 |
| 8-97 | G.L.B.- Notes from Meeting with Brian Gill at W.W. Cross, dated January 28, 1994 | LOU124-0241 to LOU124-0242 |

| Revised Exh. No. | Document | Identifier |
|---|---|---|
| 8-98 | Loureiro Engineering Associates, February 4, 1994. Work Plan, Characterization of Waste Tack Pile | WW CROSS 3 2224 to WW CROSS 3 2238 |
| 8-99 | Loureiro Engineering Associates, February 4, 1994. Figure 1, Proposed Sampling Locations for Waste Tack Pile Characterization | LOU130-0007 |
| 8-100 | Letter from James B. Zeppieri, New Hampshire Department of Environmental Services, to Linda H. Biagioni, Black & Decker, dated April 27, 1994. | 04DES 0021 to 04DES 0022 |
| 8-101 | Letter from Jeffrey J. Loureiro, Loureiro Engineering Associates, to Linda Biagioni, Black & Decker, dated May 20, 1994 | LOU124-0019 to LOU124-0028 |
| 8-102 | Loureiro Engineering Associates, September 26, 1994. Subsurface Investigation Report, W.W. Cross Facility | B&D MA LM 0035258 to 0035359 |
| 8-103 | Letter from James B. Zeppieri, New Hampshire Department of Environmental Services, to Linda H. Biagioni, Black & Decker, dated December 21, 1994 | 04DES 0023 to 04DES 0025 |
| 8-104 | Letter from Gail Batchelder, Loureiro Engineering Associates, to James Zeppieri, New Hampshire Department of Environmental Services, containing Loureiro Engineering Associates' Work Plan, Delineation of Extent of Waste Tack Pile, dated January 31, 1995 | LOU128-0184 to LOU128-0189 |
| 8-105 | Letter from James B. Zeppieri, New Hampshire Department of Environmental Services, to Linda H. Biagioni, Black & Decker, dated March 10, 1995 | BD108-1526 |
| 8-106 | Letter from Jeffrey J. Loureiro, Loureiro Engineering Associates, to Eileen D'Amico, Black & Decker, dated May 1, 1995 | LOU124-0011 to LOU124-0014 |
| 8-107 | Telephone Conversation Report, handwritten notes by Gail Batchelder, Loureiro Engineering Associates, re telephone call from Jim Zeppieri, New Hampshire Department of Environmental Services, dated August 4, 1995 | LOU124-0148 |
| 8-108 | Memorandum from Joe Tota to Gail Batchelder, dated October 5, 1995, regarding Tack Pile Closure Permit Requirements | LOU128-0072 |
| 8-109 | Loureiro Engineering Associates, November 1, 1995. Diagram, W.W. Cross Tack Pile, Supplemental Investigation and Remedial Options Evaluation, Option Number Three – Conceptual Design. | LOU124-0819 |

| Revised Exh. No. | Document | Identifier |
|---|---|---|
| 8-110 | Loureiro Engineering Associates, November 6, 1995. Supplemental Subsurface Investigation Report and Remedial Options Evaluation at W.W. Cross Facility | LOU124-0794 to LOU124-0854 |
| 8-111 | New Hampshire Department of Environmental Services, May 6, 1996. Correspondence from James B. Zeppieri to Eileen D'Amico, Black & Decker, regarding the Tack Pile | BD108-1515 to BD108-1517 |
| 8-112 | Letter from James B. Zeppieri, New Hampshire Department of Environmental Services, to Eileen D'Amico, Black & Decker, dated September 5, 1996, regarding Proposed Hydrogeologic Investigation, W.W. Cross Tack Pile Site | LOU124-0033 to LOU124-0034 |
| 8-113 | Fax Transmission from Gail Batchelder, Loureiro Engineering Associates to Mike Gendron, contained in Clean Harbors materials regarding in the Tack Pile, dated September 23, 1996 | LOU128-0036 to LOU128-0042 |
| 8-114 | Letter from Gail L. Batchelder, Loureiro Engineering Associates, to James B. Zeppieri, New Hampshire Department of Environmental Services, dated October 1, 1996, regarding Schedule for Closure Activities | BD108-1511 to BD108-1514 |
| 8-115 | Memorandum from Gail Batchelder, Loureiro Engineering Associates, to File regarding W.W. Cross Tack Pile Excavation of cyanide-contaminated material, dated November 4, 1996 | LOU Supp 300565 to LOU Supp 300566 |
| 8-116 | Letter from James B. Zeppieri, New Hampshire Department of Environmental Services, to Eileen D'Amico, Black & Decker, dated April 11, 1997, regarding Jaffrey – W.W. Cross Tack Pile, Site Closure and Cyanide Waste Removal, DES Site #870807 | LOU Supp 300578 to LOU Supp 300579 |
| 8-117 | Hydrogeologic Investigation Report, W.W. Cross Facility, dated May 22, 1997 | LOU141-00283 to LOU141-00674 |
| 8-118 | Faxed drawing from James Zeppieri, New Hampshire Department of Environmental Services, to J. Loureiro, Loureiro Engineering Associates, dated June 16, 1997, regarding the old filter bed | LOU Supp 300580 to LOU Supp 300581 |

| Revised Exh. No. | Document | Identifier |
|---|---|---|
| 8-119 | Letter from James Zeppieri, New Hampshire Department of Environmental Services, to Eileen D'Amico, Black & Decker, dated June 23, 1997, regarding Jaffrey – W.W. Cross Tack Pile, Hydrogeologic Investigation Report, DES Site #870807 | LOU Supp 300584 to LOU Supp 300587 |
| 8-120 | Letter from Linda Biagioni, Black & Decker, to H. Stewart, New Hampshire Department of Environmental Services, dated July 29, 1997 | LOU Supp 300582 to LOU Supp 300583 |
| 8-121 | Letter from Linda Biagioni, Black & Decker, to H. Stewart, New Hampshire Department of Environmental Services, dated August 20, 1997, regarding September 11, 1997 Meeting | LOU Supp 300564 |
| 8-122 | Letter from H. Stewart, New Hampshire Department of Environmental Services, to Linda Biagioni, Black & Decker, dated September 2, 1997, regarding Jaffrey – W.W. Cross Tack Pile Site, Jaffrey, New Hampshire, DES #870807 | LOU Supp 300569 to LOU Supp 300573 |
| 8-123 | Letter from H. Stewart, New Hampshire Department of Environmental Services, to Linda Biagioni, Black & Decker, dated September 5, 1997, regarding Jaffrey – W.W. Cross Tack Pile Site, Jaffrey, New Hampshire, DES #870807 | LOU Supp 300567 to LOU Supp 300568 |
| 8-124 | Affidavit of John E. Morton, dated October 31, 1997 | Morton Depo Ex. 1 |
| 8-125 | Loureiro Engineering Associates, Interim Groundwater Monitoring Plan, W.W. Cross Tack Pile, dated November 1997 | LOU Supp 301763 to LOU Supp 301814 |
| 8-126 | Letter from H. Stewart, New Hampshire Department of Environmental Services, to Linda Biagioni, Black & Decker, dated November 6, 1997, regarding Jaffrey – W.W. Cross Tack Pile Site, Jaffrey, New Hampshire, DES #870807 | LOU Supp 300574 to LOU Supp 300577 |
| 8-127 | Letter from James Zeppieri, New Hampshire Department of Environmental Services, to Eileen | LOU Supp 300563 |

| Revised Exh. No. | Document | Identifier |
|---|---|---|
|  | D'Amico, Black & Decker, dated December 9, 1997, regarding Jaffrey – W.W. Cross Tack Pile, Interim Groundwater Monitoring Plan, DES Site #198708007 |  |
| 8-128 | Loureiro Engineering Associates, W.W. Cross Tack Pile Hydrogeologic Investigation Groundwater Contour Map, dated December 1997 | LOU Supp 300050 |
| 8-129 | Loureiro Engineering Associates, Inc., January 1998. Site Characterization Work Plan, W.W. Cross Facility | Woodard & Curran Expert Report (4/29/98) |
| 8-130 | Letter from G. Batchelder, Loureiro Engineering Associates, to James Zeppieri, New Hampshire Department of Environmental Services, dated January 15, 1998, entitled Letter of Report, Removal Action. | LOU Supp 300549 to LOU Supp 300562 |
| 8-131 | Letter from James Zeppieri, New Hampshire Department of Environmental Services, to Eileen D'Amico, Black & Decker, dated February 12, 1998, regarding Jaffrey – W.W. Cross Tack Pile, Site Characterization Work Plan, DES Site #198708007 | LOU Supp 300547 to LOU Supp 300548 |
| 8-132 | Loureiro Engineering Associates, Interim Groundwater Monitoring, December 1997, Monitoring Results for W.W. Cross Tack Pile, dated February 18, 1998 | LOU Supp 300031 to LOU Supp 300210 |
| 8-133 | Loureiro Engineering Associates, Former W.W. Cross Tack Pile Hydrogeologic Investigation, Groundwater Contour Map, Figure 1, dated April 9, 1998 | LOU Supp 300736 |
| 8-134 | Letter from J. Loureiro, Loureiro Engineering Associates, to James Zeppieri, New Hampshire Department of Environmental Services, dated May 27, 1998, regarding Cyanide Investigation, W.W. Cross Tack Pile | LOU Supp 300530 to LOU Supp 300537 |
| 8-135 | Loureiro Engineering Associates, Interim Groundwater Monitoring, April 1998 Monitoring Results for W.W. Cross Tack Pile, dated June 1998, (with June 12, 1998 | LOU  Supp 300716 to LOU Supp 300855 |

| Revised Exh. No. | Document | Identifier |
|---|---|---|
| | cover letter from LEA to NHDES) | |
| 8-136 | Loureiro Engineering Associates, Cyanide Investigation, W.W. Cross Tack Pile, dated June 5, 1998 | LOU Supp 301199 to LOU Supp 301304 |
| 8-137 | Loureiro Engineering Associates, W.W. Cross Tack Pile Hydrogeologic Investigation Groundwater Contour Map, dated June 29, 1998 | LOU Supp 300234 |
| 8-138 | Loureiro Engineering Associates, Interim Groundwater Monitoring, July 1998 Monitoring Results for W.W. Cross Tack Pile, dated August 1998 | LOU Supp 300211 to LOU Supp 300347 |
| 8-139 | Letter from J. Loureiro, Loureiro Engineering Associates, to James Zeppieri, New Hampshire Department of Environmental Services, dated August 6, 1998, regarding Amended Laboratory Reports, Cyanide Investigation, W.W. Cross Tack Pile | LOU Supp 300502 to LOU Supp 300529 |
| 8-140 | Loureiro Engineering Associates, W.W. Cross Tack Pile Hydrogeologic Investigation Groundwater Contour Map, Figure 1, dated November 19/20, 1998 | LOU Supp 301655 |
| 8-141 | Letter from James Zeppieri, New Hampshire Department of Environmental Services, to Eileen D'Amico, Black & Decker, dated December 2, 1998, regarding Jaffrey – W.W. Cross Tack Pile, Site Characterization Work Plan, DES Site #198708007 | LOU Supp 300500 to LOU Supp 300501 |
| 8-142 | Loureiro Engineering Associates, Interim Groundwater Monitoring, November 1998 Monitoring Results for W.W. Cross Tack Pile, dated December 30, 1998 | LOU Supp 301636 to LOU Supp 301762 |
| 8-143 | Fax from C. Winter, Loureiro Engineering Associates, to James Zeppieri, New Hampshire Department of Environmental Services, dated January 18, 1999, regarding W.W. Cross meeting | LOU Supp 300499 |
| 8-144 | LEA Figure 1, W.W. Cross Tack Pile, Excavation Area, dated February 3, 1999 | LOU Supp 3 00498 |

| Revised Exh. No. | Document | Identifier |
|---|---|---|
| 8-145 | Letter from Jeffrey J. Loureiro, Loureiro Engineering Associates, Inc., to James Zeppieri, New Hampshire Department of Environmental Services, dated February 8, 1999 | LOU Supp 3 00495 to LOU Supp 3 00497 |
| 8-146 | Letter from James Zeppieri, New Hampshire Department of Environmental Services, to Eileen D'Amico, Black & Decker, dated March 23, 1999, regarding Jaffrey – W.W. Cross Tack Pile, Cyanide Removal and Closure, DES Site #198708007 | LOU Supp 300490 to LOU Supp 300494 |
| 8-147 | Letter from James Zeppieri, New Hampshire Department of Environmental Services, to Eileen D'Amico, Black & Decker, dated March 24, 1999, regarding Jaffrey – W.W. Cross Tack Pile, Cyanide Removal and Closure, DES Site #198708007 | LOU Supp 300487 to LOU Supp 300489 |
| 8-148 | Letter from J. Loureiro, Loureiro Engineering Associates, to James Zeppieri, New Hampshire Department of Environmental Services, dated April 22, 1999 | LOU Supp 300486 |
| 8-149 | Loureiro Engineering Associates, W.W. Cross Tack Pike Hydrogeologic Investigation Groundwater Contour Map, dated April 27, 1999 | LOU Supp 301827 |
| 8-150 | Letter from J. Loureiro, Loureiro Engineering Associates, to James Zeppieri, New Hampshire Department of Environmental Services, dated May 14, 1999, regarding W.W. Cross Tack Pile, Modified Remedial Action Plan | LOU Supp 300480 to LOU Supp 300484 |
| 8-151 | Letter from James Zeppieri, New Hampshire Department of Environmental Services, to Eileen D'Amico, Black & Decker, dated May 26, 1999, regarding Jaffrey – W.W. Cross Tack Pile, Modified Remedial Action Plan, DES Site #198708007 | LOU Supp 300476 to LOU Supp 300477 |
| 8-152 | Loureiro Engineering Associates, Preliminary Closure Plan and Engineering Report for W.W. Cross Tack Pile Closure, dated June 4, 1999 | LOU Supp 300001 to LOU Supp 300030 |
| 8-153 | Loureiro Engineering Associates, W.W. Cross Tack Pile Cap Preliminary Design Sections and Details, dated | LOU Supp 300008 to LOU Supp 30009 |

| Revised Exh. No. | Document | Identifier |
|---|---|---|
| | June 7, 1999 | |
| 8-154 | Letter from James Zeppieri, New Hampshire Department of Environmental Services, to Eileen D'Amico, Black & Decker, dated June 8, 1999, regarding Jaffrey – RCRA Corrective Action, W.W. Cross Division, Emhart Industries Closed Surface Impoundment, DES Site #198708007 | LOU Supp 300466 |
| 8-155 | Loureiro Engineering Associates, Interim Groundwater Monitoring, April 1999 Monitoring Results for W.W. Cross Tack Pile, dated June 15, 1999 | LOU Supp. 301815 to LOU Supp 301946 |
| 8-156 | Letter from C. Winter, Loureiro Engineering Associates, to J. Alexant, Town of Jaffrey Department of Public Works, dated June 22, 1999, regarding W.W. Cross Tack Pile Closure | LOU Supp 300474 to LOU Supp 300475 |
| 8-157 | Letter from D. Rousseau, New Hampshire Department of Environmental Services, to Eileen D'Amico, Black & Decker, dated June 22, 1999, regarding Preliminary Closure Plan and Engineering Report, W.W. Cross Tack Pile Closure, Jaffrey, New Hampshire DES#199900213 | LOU Supp 300467 to LOU Supp 300469 |
| 8-158 | Loureiro Engineering Associates, W.W. Cross Tack Pile Cap Final Closure Plan, dated July 2, 1999 (Diagram) | LOU Supp 301338 |
| 8-159 | Letter from Christopher C. Winter, Loureiro Engineering Associates to D. Rousseau, New Hampshire Department of Environmental Services, dated August 18, 1999 regarding response to New Hampshire Department of Environmental Services Comment Letter dated August 4, 1999, W.W. Cross Tack Pile Closure | LOU Supp 300443 to LOU Supp 300456 |
| 8-160 | Letter from D. Rousseau, New Hampshire Department of Environmental Services, to Eileen D'Amico, Black & Decker, dated August 4, 1999, regarding Final Closure Plan, W.W. Cross Tack Pile Closure, Jaffrey New Hampshire DES#198708007 | LOU Supp 300462 to LOU Supp 300465 |

| Revised Exh. No. | Document | Identifier |
|---|---|---|
| 8-161 | Loureiro Engineering Associates, Final Closure Plan, W.W. Cross Tack Pile, Jaffrey, New Hampshire, revised August 16, 1999 | LOU Supp 301305 to LOU Supp 301406 |
| 8-162 | Loureiro Engineering Associates, W.W. Cross Tack Pile Cap Final Closure Plan Sections and Details, dated August 16, 1999 | LOU Supp 301339 |
| 8-163 | Letter from James Zeppieri, New Hampshire Department of Environmental Services, to Eileen D'Amico, Black & Decker, dated August 30, 1999, regarding Landfill CAP construction approval final closure plan | LOU Supp 300441 to LOU Supp 300442 |
| 8-164 | Loureiro Engineering Associates, Site Health and Safety Plan, W.W. Cross Tack Pile Closure, dated September 1999 | LOU Supp 301105 to LOU Supp 301198 |
| 8-165 | Letter from C. Winter, Loureiro Engineering Associates, to James Zeppieri, New Hampshire Department of Environmental Services, dated October 1, 1999, regarding response to New Hampshire Department of Environmental Services Approval Letter dated August 30, 1999, W.W. Cross Tack Pile Closure, Jaffrey New Hampshire (DES Site #198708007) | LOU Supp 300439 to LOU Supp 300440 |
| 8-166 | Letter with attachments from Loureiro Engineering Associates, P.C. to NHDES dated January 11, 2000 regarding Groundwater Management Permit, WW Cross Tack Pile (DES# 198708007) | Roux Expert's Report (2/28/03), Appendix B |
| 8-167 | Letter from NHDES to Black & Decker dated January 18, 2000 regarding Jaffrey-WW Cross, Webster St., Groundwater Management Permit (DES# 198708007) | Roux Expert's Report (2/28/03), Appendix B |
| 8-168 | Letter from C. Winter, Loureiro Engineering Associates, to D. Rousseau, New Hampshire Department of Environmental Services, dated January 24, 2000, regarding As-Built Record Drawing | LOU Supp 300437 to LOU Supp 300438 |
| 8-169 | Letter from C. Winter, Loureiro Engineering Associates, to D. Rousseau, New Hampshire | LOU Supp 300432 to LOU Supp |

| Revised Exh. No. | Document | Identifier |
|---|---|---|
| | Department of Environmental Services, dated February 29, 2000, regarding proof of Deed Notification Filing | 300436 |
| 8-170 | Summary of Sampling and Analytical Information (Detects), W.W. Cross Tack Pile, dated April 5, 2000 | LOU Supp 300370 to LOU Supp 300386 |
| 8-171 | Loureiro Engineering Associates, Groundwater Management Permit, Item E – Site Plan for W.W. Cross, dated April 12, 2000 (Full Size Diagram) | LOU Supp 300368 |
| 8-172 | Loureiro Engineering Associates, Groundwater Management Permit, Item E – Site Plan for W.W. Cross, dated April 12, 2000 (8x11 sized diagram) | LOU Supp 3 00892 |
| 8-173 | Loureiro Engineering Associates, W.W. Cross – Jaffrey, New Hampshire Groundwater Management Permit, Item C and D Groundwater Management Zone Map and Site Plan, dated April 12, 2000 | LOU Supp 300890 |
| 8-174 | Loureiro Engineering Associates, Former W.W. Cross Tack Pile Monitoring Groundwater Contour Map, Figure 1, dated April 24, 2000 | LOU Supp 301554 |
| 8-175 | Letter from R. Reed, New Hampshire Department of Environmental Services, to Linda Biagioni, Black & Decker, dated May 2, 2000, regarding Corporate Guarantee Financial Assurance for the W.W. Cross Landfill | LOU Supp 300594 |
| 8-176 | Letter from C. Winter, Loureiro Engineering Associates, to James Zeppieri, New Hampshire Department of Environmental Services, dated May 22, 2000, regarding Ground Water Management Permit, W.W. Cross Tack Pile Jaffrey, New Hampshire, DES Site #198708007 | LOU Supp 300430 to LOU Supp 300431 |
| 8-177 | Letter from J. Loureiro, Loureiro Engineering Associates, to R. Reed, New Hampshire Department of Environmental Services, dated May 30, 2000, regarding Post-Closure Cost Estimates | LOU Supp 300595 to LOU Supp 300597 |

| Revised Exh. No. | Document | Identifier |
|---|---|---|
| 8-178 | Letter from H. Rodgville, Black & Decker, to R. Reed, New Hampshire Department of Environmental Services, dated June 2, 2000, regarding Corporate Guarantee for Financial Assurance for the W.W. Cross Impoundment and Solid Waste Tack Pile | LOU Supp 300598 to LOU Supp 300601 |
| 8-179 | Loureiro Engineering Associates, Tack Pile Monitoring April 2000 Monitoring Results, dated July 10, 2000 | LOU Supp 301539 to LOU Supp 301635 |
| 8-180 | Letter from C. Winter, Loureiro Engineering Associates, to Eileen D'Amico, Black & Decker, dated September 11, 2000 | LOU Supp 300428 to LOU Supp 300429 |
| 8-181 | Loureiro Engineering Associates, Former W.W. Cross Tack Pile Monitoring Groundwater Contour Map, Figure 1, dated September 11, 2000 | LOU Supp 300621 |
| 8-182 | Agreement for Services between Loureiro Engineering Associates and Loureiro Engineering Associates-Cianci, dated September 15, 2000 | LOU Supp 300422 to LOU Supp 300427 |
| 8-183 | Letter from D. Bowen, New Hampshire Department of Environmental Services, to Eileen D'Amico, Black & Decker, dated September 15, 2000, regarding Groundwater Management Permit Renewal/Modification for DES Site # 198708007 | LOU Supp 300419 to LOU Supp 300420 |
| 8-184 | Fax from C. Winter, Loureiro Engineering Associates, to David Bowen, New Hampshire Department of Environmental Services, regarding W.W. Cross Tack Pile GMP, dated November 2, 2000 | LOU Supp 300416 to LOU Supp 300418 |
| 8-185 | Loureiro Engineering Associates, November 17, 2000. Groundwater Management Permit Renewal/ Modification for W.W. Cross | LOU Supp 300856 to LOU Supp 300914 |
| 8-186 | Report of Loureiro Engineering Associates sent to NHDES, September 2000 Tack Pile Monitoring Results, dated November 30, 2000 | LOU Supp 300605 to LOU Supp 300715 |

| Revised Exh. No. | Document | Identifier |
|---|---|---|
| 8-187 | Letter from D. Bowen, New Hampshire Department of Environmental Services, to Linda Biagioni, Black & Decker, issued December 18, 2000, regarding Groundwater Management Permit DES #198708007 | LOU Supp 300412 to LOU Supp 300415 |
| 8-188 | Letter from J. Loureiro, Loureiro Engineering Associates, to R. Reed, New Hampshire Department of Environmental Services, dated February 23, 2001, regarding Post-Closure Cost Estimates | LOU Supp 300602 to LOU Supp 300604 |
| 8-189 | Report from Loureiro Engineering Associates, P.C. to NHDES dated June 14, 2001 regarding April 2001 Tack Pile Monitoring Results | Roux Expert's Report (2/28/03), Appendix B |
| 8-190 | Letter from NHDES to Black & Decker dated July 27, 2001 regarding comments on the 2001 Annual Summary and Monitoring Results | Roux Expert's Report (2/28/03), Appendix B |
| 8-191 | Map from Loureiro Engineering Associates, P.C. dated December 12, 2001 regarding map showing highest concentrations of selected metals | Roux Expert's Report (2/28/03), Appendix B |
| 8-192 | Report from Loureiro Engineering Associates, P.C. sent to NHDES dated January 3, 2002 regarding October 2001 Tack Pile Monitoring Results | LOU Supp 41086 to LOU Supp 41449 |
| 8-193 | Letter from NHDES to Black & Decker dated January 29, 2002 regarding Jaffery-WW Cross, Groundwater Management Permit No. GMP - 198708007-J-002 | Roux Expert's Report (2/28/03), Appendix B |
| 8-194 | Letter from WW Cross to NHDES dated March 13, 2002 regarding Hazardous Waste Notification Form | Roux Expert's Report (2/28/03), Appendix B |
| 8-195 | Loureiro Engineering Associates, June 25, 2002. Tack Pile Monitoring, April 2002 Monitoring Results | LOU Supp 41450 to LOU supp 41791 |
| 8-196 | Loureiro Engineering Associates, December 2, 2002. Tack Pile Monitoring, October 2002 Monitoring Results | LOU Supp 41792 to LOU supp 42133 |
| 8-197 | Material Safety Data Sheets, U.S. Department of Labor | WWCross 10021 to WWCross 10086 |
| 8-198 | N.H. New Hazardous Waste Regulations, 1983 | WWCross 43318 to WWCross 43369 |
| 8-199 | U.S. EPA Questionnaire GA to PCI Group/W.W. Cross regarding General Facility Information | WWCross 31469 to WWCross 31567 |

| Revised Exh. No. | Document | Identifier |
|---|---|---|
| 8-200 | U.S. EPA Questionnaire GB to PCI Group/W.W. Cross regarding Hazardous Waste Characterization | WWCross 31107 to WWCross 31054 |
| 8-201 | U.S. EPA Questionnaire GI to PCI Group/W.W. Cross regarding Tank Systems | WWCross 31055 to WWCross 31159 |
| 8-202 | U.S. EPA Questionnaire GE to PCI Group/W.W. Cross regarding Wastewater Treatment | WWCross 31160 to WWCross 31196 |
| 8-203 | U.S. EPA, Additional Answer Spaces for Questionnaire GE: Wastewater Treatment | WWCross 31197 to WWCross 31220 |
| 8-204 | Documents regarding EPA National Survey of Hazardous Waste Generators | WWCross 31245 to WWCross 31297 |
| 8-205 | U.S. EPA, Guidance Manual for Electroplating and Metal Finishing Pretreatment Standards | WWCross 21414 to WWCross 21486 |
| 8-206 | Invoice from Averill Environmental Laboratory dated January 14, 1997 in the amount of $711.50, Invoice No. 66 | SUPP-3 00274 |
| 8-207 | Invoice from Averill Environmental Laboratory dated January 16, 1997 in the amount of $8,672.00, Invoice No. 102 | SUPP-3 00275 |
| 8-208 | Invoice from Averill Environmental Laboratory dated March 3, 1997 in the amount of $894.00, Invoice No. 470 | SUPP-3 00277 |
| 8-209 | Invoice from Averill Environmental Laboratory dated March 10, 1997 in the amount of $665.50, Invoice No. 507 | SUPP-3 00278 |
| 8-210 | Invoice from Averill Environmental Laboratory dated May 9, 1997 in the amount of $2,022.00, Invoice No. 960 | SUPP-3 00279 |
| 8-211 | Invoice from Averill Environmental Laboratory dated January 13, 1998 in the amount of $13,347.00, Invoice No. 17 | SUPP-3 00280 |
| 8-212 | Invoice from Averill Environmental Laboratory dated June 4, 1998 in the amount of $9,749.90, Invoice No. 967 | SUPP-3 00282 |
| 8-213 | Invoice from Averill Environmental Laboratory dated June 5, 1998 in the amount of $5,491.50, Invoice No. 968 | SUPP-3 00285 |
| 8-214 | Invoice from Averill Environmental Laboratory dated July 31, 1998 in the amount of $5,836.60, Invoice No. 457 | SUPP-3 00289 |
| 8-215 | Invoice from Averill Environmental Laboratory dated January 4, 1999 in the amount of $5,827.50 | SUPP-3 00291 |

| Revised Exh. No. | Document | Identifier |
|---|---|---|
| | Invoice No. 2 | |
| 8-216 | Invoice from Averill Environmental Laboratory, Inc. dated May 22, 1999 in the amount of $8,557.80, Invoice No. 926 | SUPP-3 00294 |
| 8-217 | Invoice from Averill Environmental Laboratory, Inc. dated January 26, 2000 in the amount of $163.66, Invoice No. 147 | SUPP-3 00293 |
| 8-218 | Invoice from Averill Environmental Laboratory, Inc. dated May 25, 2000 in the amount of $4,427.30, Invoice No. 14 | SUPP-3 00296 |
| 8-219 | Invoice from Averill Environmental Laboratory, Inc. dated May 25, 2000 in the amount of $3,320.00, Invoice No. 15 | SUPP-3 00297 |
| 8-220 | Invoice from Averill Environmental Laboratory, Inc. dated October 9, 2000 in the amount of $5,064.00, Invoice No. 2028 | SUPP-3 00298 |
| 8-221 | Invoice from Averill Environmental Laboratory, Inc. dated June 4, 2001 in the amount of $3,421.40, Invoice No. 3452 | SUPP-3 00299 |
| 8-222 | Invoice from Averill Environmental Laboratory, Inc. dated June 4, 2001 in the amount of $5,644.80, Invoice No. 453 | SUPP-3 00300 |
| 8-223 | Invoice from Averill Environmental Laboratory, Inc. dated November 20, 2001 in the amount of $6,775.00, Invoice No. 4544 | SUPP-3 01887 |
| 8-224 | Invoice from Loureiro Engineering Laboratory, Inc. dated February 10, 1994 in the amount of $1,321.05, Invoice No. 1 | BD120-1646 |
| 8-225 | Invoice from Loureiro Engineering Associates, Inc. dated March 9, 1994 in the amount of $957.00, Invoice No. 2 | BD120-1645 |
| 8-226 | Invoice from Loureiro Engineering Associates, Inc. dated April 6, 1994 in the amount of $17.05, Invoice No. 3 | BD120-1644 |
| 8-227 | Invoice from Loureiro Engineering Associates, Inc. dated June 9, 1994 in the amount of $3,717.36, Invoice No. 4 | BD120-1643 |
| 8-228 | Invoice from Loureiro Engineering Associates, Inc. dated July 8, 1994 in the amount of $1,359.50, Invoice No. 5 | BD120-1642 |

| Revised Exh. No. | Document | Identifier |
|---|---|---|
| 8-229 | Invoice from Loureiro Engineering Associates, Inc. dated August 10, 1994 in the amount of $15,202.10, Invoice No. 6 | BD120-1641 |
| 8-230 | Invoice from Loureiro Engineering Associates, Inc. dated September 9, 1994 in the amount of $1,163.00, Invoice No. 7 | BD120-1640 |
| 8-231 | Invoice from Loureiro Engineering Associates, Inc. dated October 7, 1994 in the amount of $1,323.56, Invoice No. 8 | BD120-1639 |
| 8-232 | Invoice from Loureiro Engineering Associates, Inc. dated November 10, 1994 in the amount of $75.00, Invoice No. 9 | BD120-1638 |
| 8-233 | Invoice from Loureiro Engineering Associates, Inc. dated February 10, 1995 in the amount of $1,589.50, Invoice No. 10 | BD120-1636 |
| 8-234 | Invoice from Loureiro Engineering Associates, Inc. dated March 10, 1995 in the amount of $37.50, Invoice No. 11 | BD120-1635 |
| 8-235 | Invoice from Loureiro Engineering Associates, Inc. dated April 7, 1995 in the amount of $85.00, Invoice No. 12 | BD120-1634 |
| 8-236 | Invoice from Loureiro Engineering Associates, Inc. dated June 15, 1995 in the amount of $9,312.82, Invoice No. 1 | BD120-1632 |
| 8-237 | Invoice from Loureiro Engineering Associates, Inc. dated July 7, 1995 in the amount of $11,050.14, Invoice No. 2 | BD120-1633 |
| 8-238 | Invoice from Loureiro Engineering Associates, Inc. dated August 9, 1995 in the amount of $4,870.40, Invoice No. 3 | BD120-1631 |
| 8-239 | Invoice from Loureiro Engineering Associates, Inc. dated September 8, 1995 in the amount of $5,586.50, Invoice No. 4 | BD120-1630 |
| 8-240 | Invoice from Loureiro Engineering Associates, Inc. dated October 10, 1995 in the amount of $11,531.50, Invoice No. 5 | BD120-1629 |
| 8-241 | Invoice from Loureiro Engineering Associates, Inc. dated November 10, 1995 in the amount of $3,903.00, Invoice No. 6 | BD120-1628 |
| 8-242 | Invoice from Loureiro Engineering Associates, Inc. dated December 7, 1995 in the amount of $4,268.50, | BD120-1626 |

| Revised Exh. No. | Document | Identifier |
|---|---|---|
| | Invoice No. 7 | |
| 8-243 | Invoice from Loureiro Engineering Associates, Inc. dated June 10, 1996 in the amount of $95.00, Invoice No. 8 | BD120-1625 |
| 8-244 | Invoice from Loureiro Engineering Associates, Inc. dated July 10, 1996 in the amount of $3,137.50, Invoice No. 9 | BD120-1624 |
| 8-245 | Invoice from Loureiro Engineering Associates, Inc. dated August 8, 1996 in the amount of $2,009.50, Invoice No. 10 | BD120-1623 |
| 8-246 | Invoice from Loureiro Engineering Associates, Inc. dated August 7, 1998 in the amount of $5,994.60, Invoice No. 503-32 | SUPP-3 00110 |
| 8-247 | Invoice from Loureiro Engineering Associates, Inc. dated September 8, 1998 in the amount of $3,917.00, Invoice No. 503-33 | SUPP-3 00108 |
| 8-248 | Invoice from Loureiro Engineering Associates, Inc. dated November 6, 1998 in the amount of $172.50, Invoice No. 503-34 | SUPP-3 00107 |
| 8-249 | Invoice from Loureiro Engineering Associates, Inc. dated December 3, 1998 in the amount of $9,545.80, Invoice No. 503-35 | SUPP-3 00105 |
| 8-250 | Invoice from Loureiro Engineering Associates, Inc. dated January 12, 1999 in the amount of $1,967.53, Invoice No. 503-36 | SUPP-3 00103 |
| 8-251 | Invoice from Loureiro Engineering Associates, Inc. dated February 5, 1999 in the amount of $7,108.26, Invoice No. 503-37 | SUPP-3 00101 |
| 8-252 | Invoice from Loureiro Engineering Associates, Inc. dated March 11, 1999 in the amount of $562.00, Invoice No. 503-38 | SUPP-3 00100 |
| 8-253 | Invoice from Loureiro Engineering Associates, Inc. dated April 9, 1999 in the amount of $1,477.00, Invoice No. 503-39 | SUPP-3 00098 |
| 8-254 | Invoice from Loureiro Engineering Associates, Inc. dated May 6, 1999 in the amount of $14,665.14, Invoice No. 503-40 | SUPP-3 00093 |
| 8-255 | Invoice from Loureiro Engineering Associates, Inc. dated June 9, 1999 in the amount of $13,249.64, Invoice No. 503-41 | SUPP-3 00089 |

| Revised Exh. No. | Document | Identifier |
|---|---|---|
| 8-256 | Invoice from Loureiro Engineering Associates, Inc. dated July 12, 1999 in the amount of $14,489.03, Invoice No. 503-42 | SUPP-3 00085 |
| 8-257 | Invoice from Loureiro Engineering Associates, Inc. dated August 5, 1999 in the amount of $10,107.06, Invoice No. 503-43 | SUPP-3 00081 |
| 8-258 | Invoice from Loureiro Engineering Associates, Inc. dated September 1, 1999 in the amount of $25,430.75, Invoice No. 800-01 | SUPP-3 00080 |
| 8-259 | Invoice from Loureiro Engineering Associates, Inc. September 7, 1999 in the amount of $38,509.00, Invoice No. 503-44 | SUPP-3 00075 |
| 8-260 | Invoice from Loureiro Engineering Associates, Inc. dated October 6, 1999 in the amount of $66,839.88, Invoice No. 800-02 | SUPP-3 00069 |
| 8-261 | Invoice from Loureiro Engineering Associates, Inc. dated October 6, 1999 in the amount of $86,236.66, Invoice No. 503-45 | SUPP-3 00070 |
| 8-262 | Invoice from Loureiro Engineering Associates, Inc. dated November 3, 1999 in the amount of $253,088.68, Invoice No. 503-46 | SUPP-3 00065 |
| 8-263 | Invoice from Loureiro Engineering Associates, Inc. dated November 3, 1999 in the amount of $217,033.20, Invoice No. 800-03 | SUPP-3 00064 |
| 8-264 | Invoice from Loureiro Engineering Associates, Inc. dated December 6, 1999 in the amount of $118,408.87, Invoice No. 503-47 | SUPP-3 00060 |
| 8-265 | Invoice from Loureiro Engineering Associates, Inc. dated December 6, 1999 in the amount of $5,580.00, Invoice No. 503-48 | SUPP-3 00058 |
| 8-266 | Invoice from Loureiro Engineering Associates, Inc. dated December 6, 1999 in the amount of $95,344.00, Invoice No. 800-04 | SUPP-3 00056 |
| 8-267 | Invoice from Loureiro Engineering Associates, Inc. dated December 6, 1999 in the amount of $633.00, Invoice No. 800-05 | SUPP-3 00057 |
| 8-268 | Invoice from Loureiro Engineering Associates, Inc. dated January 11, 2000 in the amount of $1,140.00, Invoice No. 503-49 | SUPP-3 00054 |
| 8-269 | Invoice from Loureiro Engineering Associates, Inc. dated February 14, 2000 in the amount of $2,937.71, | SUPP-3 00052 |