| Revised Exh. No. | Document | Identifier |
|---|---|---|
| | Invoice No. 503-50 | |
| 8-270 | Invoice from Loureiro Engineering Associates, Inc. dated March 13, 2000 in the amount of $420.00, Invoice No. 503-51 | SUPP-3 00051 |
| 8-271 | Invoice from Loureiro Engineering Associates, Inc. dated April 7, 2000 in the amount of $300.00, Invoice No. 503-52 | SUPP-3 00050 |
| 8-272 | Invoice from Loureiro Engineering Associates, Inc. dated May 5, 2000 in the amount of $6,962.96, Invoice No. 503-53 | SUPP-3 00045 |
| 8-273 | Invoice from Loureiro Engineering Associates, Inc. dated June 14, 2000 in the amount of $391.29, Invoice No. 503-54 | SUPP-3 00043 |
| 8-274 | Invoice from Loureiro Engineering Associates, Inc. dated July 10, 2000 in the amount of $742.62, Invoice No. 503-55 | SUPP-3 00041 |
| 8-275 | Invoice from Loureiro Engineering Associates, Inc. dated August 10, 2000 in the amount of $4,650.00, Invoice No. 503-56 | SUPP-3 00038 |
| 8-276 | Invoice from Loureiro Engineering Associates, Inc. dated September 14, 2000 in the amount of $1,158.15, Invoice No. 503-57 | SUPP-3 00036 |
| 8-277 | Invoice from Loureiro Engineering Associates, Inc. dated October 12, 2000 in the amount of $8,495.08, Invoice No. 503-58 | SUPP-3 00032 |
| 8-278 | Invoice from Loureiro Engineering Associates, Inc. dated November 14, 2000 in the amount of $1,110.50, Invoice No. 503-59 | SUPP-3 00029 |
| 8-279 | Invoice from Loureiro Engineering Associates, Inc. dated December 11, 2000 in the amount of $27,632.48, Invoice No. 503-60 | SUPP-3 00025 |
| 8-280 | Invoice from Loureiro Engineering Associates, Inc. dated January 15, 2001 in the amount of $2,208.00, Invoice No. 503-61 | SUPP-3 00021 |
| 8-281 | Invoice from Loureiro Engineering Associates, Inc. dated February 21, 2001 in the amount of $378.00, Invoice No. 503-62 | SUPP-3 00018 |
| 8-282 | Invoice from Loureiro Engineering Associates, Inc. dated April 6, 2001 in the amount of $1,904.75, Invoice No. 503-63 | SUPP-3 00014 |

| Revised Exh. No. | Document | Identifier |
|---|---|---|
| 8-283 | Invoice from Loureiro Engineering Associates, Inc. dated May 4, 2001 in the amount of $8,228.83, Invoice No. 503-64 | SUPP-3 00009 |
| 8-284 | Invoice from Loureiro Engineering Associates, Inc. dated June 5, 2001 in the amount of $1,801.91, Invoice No. 503-65 | SUPP-3 00005 |
| 8-285 | Invoice from Loureiro Engineering Associates, Inc. dated July 9, 2001 in the amount of $18,721.50, Invoice No. 503-66 | SUPP-3 00001 |
| 8-286 | Invoice from Loureiro Engineering Associates, Inc. dated August 8, 2001 in the amount of $547.72, Invoice No. 503-67 | SUPP-3 01842 |
| 8-287 | Invoice from Loureiro Engineering Associates, Inc. dated September 10, 2001 in the amount of $466.50, Invoice No. 503-68 | SUPP-3 01836 |
| 8-288 | Invoice from Loureiro Engineering Associates, Inc. dated October 8, 2001 in the amount of $919.51, Invoice No. 503-69 | SUPP-3 01850 |
| 8-289 | Invoice from Loureiro Engineering Associates, Inc. dated November 6, 2001 in the amount of $5,180.20, Invoice No. 503-70 | SUPP-3 01856 |
| 8-290 | Invoice from Loureiro Engineering Associates, Inc. dated December 10, 2001 in the amount of $4,104.89, Invoice No. 503-71 | SUPP-3 01888 |
| 8-291 | Invoice from Loureiro Engineering Associates, Inc. dated January 10, 2002 in the amount of $4,323.50, Invoice No. 503-72 | SUPP-3 01973 |
| 8-292 | Invoice from Loureiro Engineering Associates, Inc. dated February 8, 2002 in the amount of $1,033.82, Invoice No. 503-73 | SUPP-3 01979 |
| 8-293 | Invoice from Rockwood Environmental Services Corp. dated December 2, 1994 in the amount of $750.00, Invoice No. 3412 | MISC2-1653 |
| 8-294 | Invoice from Swidler & Berlin dated July 18, 1997 in the amount of $1,725.91, Invoice No. 95847 | MISC3-0234 |
| 8-295 | Invoice from Swidler & Berlin dated August 20, 1997 in the amount of $19,342.01, Invoice No. 97752 | MISC3-0258 |
| 8-296 | Invoice from Swidler & Berlin dated September 25, 1997 in the amount of $1,324.82, Invoice No. 99582 | MISC3-0278 |
| 8-297 | Invoice from Swidler & Berlin dated October 30, 1997 in the amount of $9,239.43, Invoice No. 100677 | SUPP-3 01284 |

| Revised Exh. No. | Document | Identifier |
|---|---|---|
| 8-298 | Invoice from Swidler & Berlin dated November 25, 1997 in the amount of $691.66, Invoice No. 103144 | SUPP-3 01289 |
| 8-299 | Invoice from Swidler & Berlin dated December 18, 1997 in the amount of $146.60, Invoice No. 104512 | SUPP-3 01292 |
| 8-300 | Invoice from Swidler & Berlin dated February 6, 1998 in the amount of $219.07, Invoice No. 106778 | SUPP-3 01295 |
| 8-301 | Invoice from Swidler & Berlin dated February 25, 1998 in the amount of $435.54, Invoice No. 107890 | SUPP-3 01298 |
| 8-302 | Invoice from Swidler & Berlin dated March 27, 1998 in the amount of $72.50, Invoice No. 109453 | SUPP-3 01301 |
| 8-303 | Invoice from Swidler & Berlin dated June 30, 1998 in the amount of $145.94, Invoice No. 114842 | SUPP-3 01304 |
| 8-304 | Invoice from Swidler & Berlin dated January 31, 2000 in the amount of $421.08, Invoice No. 152476 | SUPP-3 01307 |
| 8-305 | Tolman, C.F.  Groundwater.  1937. | Woodard & Curran Supplemental Expert Report (8/2000) |
| 8-306 | Lawrence, R.E. "Sanitary defects of groundwater supplies." Water and Sewage Works, 1930. | Woodard & Curran Supplemental Expert Report (8/2000) |
| 8-307 | Dappert, Anselmo F.  "Tracing the travel and changes in composition of underground pollution."  Water and Sewage Works, 1932. | Woodard & Curran Supplemental Expert Report (8/2000) |
| 8-308 | Harmon, B.  "Contamination of Ground-Water Resources."  Civil Engineering, 1941. | Woodard & Curran Supplemental Expert Report (8/2000) |
| 8-309 | Engineering Manual for Military Construction, Part VIII, Chap. 6, "Sewage and Waste Disposal, Industrial Wastes," June 1956, U.S. Army Corp. of Engineers (10). | Woodard & Curran Supplemental Expert Report (8/2000) |
| 8-310 | Leakage From Underground Gasoline Tanks, National Fire Protection Association (NFPA), dated 1941. | Woodard & Curran Supplemental |

27

| Revised Exh. No. | Document | Identifier |
|---|---|---|
| | | Expert Report (8/2000) |
| 8-311 | Everett, R.H. "Twenty Year's Progress in Corrosion Resistant Coatings For Exterior Steel Surfaces." Convention Proceedings of the American Gas Association, dated 1953. | Woodard & Curran Supplemental Expert Report (8/2000) |
| 8-312 | The Standard for Construction and Performance of Underground Storage Tanks, National Fire Protection Association (NFPA), dated 1937. | Woodard & Curran Supplemental Expert Report (8/2000) |
| 8-313 | Underwriters' Laboratories Standard for Construction and Performance of Underground Storage Tanks, dated September 1929, Revised February 1937. | Woodard & Curran Supplemental Expert Report (8/2000) |
| 8-314 | Cornfield, Guy. "What The Corrosion Engineer Can Do For Management." AGA Proceedings, Second Session, dated October 18, 1951. | Woodard & Curran Supplemental Expert Report (8/2000) |
| 8-315 | Leakage From Underground Flammable Liquid Tanks-NFPA Code No. 329N, dated 1959 | Woodard & Curran Supplemental Expert Report (8/2000) |
| 8-316 | National Safety Council and Manufacturing Chemists' Association Data Sheets, dated 1950s, 1960s, 1970s. | Woodard & Curran Supplemental Expert Report For Five Sites (2/27/2003) |
| 8-317 | American Society of Testing Materials (ASTM), 1962. *Handbook of Vapor Degreasing*; ASTM Special Technical Publication No. 310 | Woodard & Curran Supplemental Expert Report For Five Sites (2/27/2003) |
| 8-318 | MCA, *Guidelines for Chemical Plants in the Prevention, Control, and Reporting of* Spills, 1972 | Woodard & Curran Supplemental |

| Revised Exh. No. | Document | Identifier |
|---|---|---|
| | | Expert Report For Five Sites (2/27/2003) |
| 8-319 | Agency for Toxic Substances and Disease Registry, 1997. *ToxicFAQs Fact Sheet – Polychlorinated Biphenyls.* September. | Woodard & Curran Supplemental Expert Report For Five Sites (2/27/2003) |
| 8-320 | Aroclor Label, no date. Chemical Industry Archives, Environmental Working Group, Washington, DC; [http://www.chemicalindustryarchives.org.] | Woodard & Curran Supplemental Expert Report For Five Sites (2/27/2003) |
| 8-321 | Bennett, Granville A. et al, 1938. Morphological Changes in the Livers of Rats Resulting from Exposure to Certain Chlorinated Hydrocarbons. *The Journal of Industrial Hygiene and Toxicology* (February) 20(2): 97-123. | Woodard & Curran Supplemental Expert Report For Five Sites (2/27/2003) |
| 8-322 | Bradley, 1983. A Report on Employee Status Change for Ottavio Raggini; May 18. | Woodard & Curran Supplemental Expert Report For Five Sites (2/27/2003) |
| 8-323 | Dennis, D.S., 1975. *Polychlorinated Biphenyls in the Surface Waters and Bottom Sediments of the Major Basins of the United States.* Proceedings of National Conference on Polychlorinated Biphenyls, Article 269:183-194. | Woodard & Curran Supplemental Expert Report For Five Sites (2/27/2003) |
| 8-324 | Greenburg, L. et al., 1939. The Systemic Effects Resulting from Exposure to Certain Chlorinated Hydrocarbons. *J. Ind. Hyg. Toxicol.* 21(2):29-38. | Woodard & Curran Supplemental Expert Report For Five Sites (2/27/2003) |
| 8-325 | Gustafson, C.G., 1970. PCB's-prevalent and persistent. *Environ. Sci. Technol.* 4(10):318-319. | Woodard & Curran Supplemental |

| Revised Exh. No. | Document | Identifier |
|---|---|---|
| | | Expert Report For Five Sites (2/27/2003) |
| 8-326 | Hubbard, H.L., 1964.  Chlorinated Biphenyl and Related Compounds.  *Chlorocarbons and Chlorohydrocarbons* 5:289-297. | Woodard & Curran Supplemental Expert Report For Five Sites (2/27/2003) |
| 8-327 | Kuratsune, M. et al., 1972.  Epidemiologic Study on Yusho, a Poisoning Caused by Ingestion of Rice Oil Contaminated with a Commercial Brand of Polychlorinated Biphenyls. *Environ.  Health Perspect.* April(1):119-128. | Woodard & Curran Supplemental Expert Report For Five Sites (2/27/2003) |
| 8-328 | Libergesell, Rolf, 1989.  Handwritten note from Rolf Liebergesell to Karl, June 13. | Woodard & Curran Supplemental Expert Report For Five Sites (2/27/2003) |
| 8-329 | Manufacturing Chemist's Association (MCA), 1948.  *Chemical Safety Data Sheet SD-14-Trichloroethylene* | Woodard & Curran Supplemental Expert Report For Five Sites (2/27/2003) |
| 8-330 | MCA, 1953.  Warning Labels, A Guide for the Preparation of Warning Labels for Hazardous Chemicals, Manual L-1, Third Revision, Manufacturing Chemists' Association, Washington, DC | Woodard & Curran Supplemental Expert Report For Five Sites (2/27/2003) |
| 8-331 | MCA, 1961.  Chemical Safety Data Sheet SD-83: Methyl Ethyl Ketone | Woodard & Curran Supplemental Expert Report For Five Sites (2/27/2003) |
| 8-332 | National Safety Council, 1948. *Trichloroethylene*, Industrial Data Sheet D-Chem. 27. | Woodard & Curran Supplemental |

| Revised Exh. No. | Document | Identifier |
|---|---|---|
| | | Expert Report For Five Sites (2/27/2003) |
| 8-333 | RA-MAR, 1983.  Proposal for Sonic Testing of tanks; September 19. | Woodard & Curran Supplemental Expert Report For Five Sites (2/27/2003) |
| 8-334 | Sax, N. Irving.  Handbook of Dangerous Materials. New York: Reinhold. | Woodard & Curran Supplemental Expert Report For Five Sites (2/27/2003) |
| 8-335 | Smith, D.F., 1958.  Letter to R.D. Minteer Re: Pydraul Labeling, December 5; Chemical Industry Archives, Environmental Working Group, Washington, D.C. [http://www.chemicalindustryarchives.org]. | Woodard & Curran Supplemental Expert Report For Five Sites (2/27/2003) |
| 8-336 | Von Wedel, Dr. H. et al, 1943.  Observations on the Toxic Effects Resulting from Exposure to Chlorinated Naphthalene and Chlorinated Phenyls with Suggestions for Prevention.  *The Rubber Age* 53(5):419-426. | Woodard & Curran Supplemental Expert Report For Five Sites (2/27/2003) |
| 8-337 | Watt, L.A., 1937.  Letter from L.A. Watt; October 11. http://www.chemicalindustryarchives.org (18 Sept. 2002). | Woodard & Curran Supplemental Expert Report For Five Sites (2/27/2003) |
| 8-338 | Yobs, 1972.  Levels of Polychlorinated Biphenyls in Adipose Tissue of the General Population of the Nation. *Environ. Heath Perspect.* April (1):79. | Woodard & Curran Supplemental Expert Report For Five Sites (2/27/2003) |
| 8-339 | Illinois Statutes, Chapter 19, Section 129 et seq., L. 1929 | Woodard & Curran Supplemental |

| Revised Exh. No. | Document | Identifier |
|---|---|---|
| | | Expert Report (8/2000) |
| 8-340 | The Public Health Act, 1912 | Woodard & Curran Supplemental Expert Report (8/2000) |
| 8-341 | Coliform Drinking Water Standards, 1914 | Woodard & Curran Supplemental Expert Report (8/2000) |
| 8-342 | Section 13 of the Rivers and Harbors Act of 1899 | Woodard & Curran Supplemental Expert Report (8/2000) |
| 8-343 | Federal Water Pollution Control Act of 1948 | Woodard & Curran Supplemental Expert Report (8/2000) |
| 8-344 | Water Quality Act of 1965 | Woodard & Curran Supplemental Expert Report (8/2000) |
| 8-345 | Clean Water Restoration Act of 1966 | Woodard & Curran Supplemental Expert Report (8/2000) |
| 8-346 | Water Quality Improvement Act of 1970 | Woodard & Curran Supplemental Expert Report (8/2000) |
| 8-347 | 1972 Amendments to the Clean Water Act (Public Law 92-500) | Woodard & Curran Supplemental Expert Report (8/2000) |
| 8-348 | Oil Pollution Prevention Regulations, 1974 (40 CFR part 112) | Woodard & Curran Supplemental Expert Report for Five Sites (2/27/2003) |
| 8-349 | Documents maintained in the files of the Keeper of Records for Town of Jaffrey departments, offices and | |

| Revised Exh. No. | Document | Identifier |
|---|---|---|
| | agencies | |
| 8-350 | Documents maintained in the files of the Keeper of Records for federal, state and local environmental agencies | |
| 8-351 | Documents maintained in the files of the Keeper of Records of environmental consultants, engineers and other vendors who performed activities at the W.W. Cross Site, Jaffrey, New Hampshire | |
| 8-352 | Documents maintained in the files of the Keeper of Records for third party documents produced during the course of this litigation | |
| 8-353 | Documents maintained in the files of the Keeper of Records of invoices rendered with respect to the W.W. Cross Site, Jaffrey, New Hampshire | |
| 8-354 | Documents relied upon by experts | |
| 8-355 | Newspaper articles and publications regarding W.W. Cross Site, Jaffrey, New Hampshire | |
| 8-356 | Photographs regarding W.W. Cross Site, Jaffrey, New Hampshire | |
| 8-357 | Maps and diagrams regarding W.W. Cross Site, Jaffrey, New Hampshire | |
| 8-358 | Exhibits prepared by experts based on documents produced regarding W.W. Cross Site, Jaffrey, New Hampshire | |
| 8-359 | Third party documents produced during the course of this litigation | |
| 8-360 | Statutes and regulations relied upon by experts | |
| 8-361 | Graphics created based on admissible evidence | |
| 8-362 | Black & Decker's Answers to Interrogatories 5, 6, 8, 9, 10, 11, 12, and 24 with respect to W.W. Cross Tack Pile, Jaffrey, New Hampshire, served on December 17, 1996 | |
| 8-363 | Black & Decker's Answers to Interrogatories 5, 6, 8, 9, 10, 11, 12, and 24 with respect to W.W. Cross Lagoon, Jaffrey, New Hampshire, served on December 17, 1996 | |
| 8-364 | "Right to Know" Documents, 1983 | WWCross 22700 to WWCross 22760 |
| 8-365 | Letter from USEPA to PCI Group/WW Cross dated November 13, 1986 regarding PCB Notice of Non- | WWCross 21592 to WWCross 21597 |

| Revised Exh. No. | Document | Identifier |
|---|---|---|
| | Compliance | |
| 8-366 | Report from Loureiro Engineering Associates, P.C. prepared for Environmental Planning and Compliance, Emhart Corporation dated October 6, 1987 regarding former pickling tank contamination study (preliminary) | WWCross 21601 to WWCross 21643 |
| 8-367 | Report from Loureiro Engineering Associates, P.C. prepared for Emhart Corporation dated October 15, 1987 regarding Engineering Services for Improvements to Industrial Wastewater Treatment and Disposal Systems for PCI Group, Inc. | WWCross 30145 to WWCross 30227 |
| 8-368 | Report from Loureiro Engineering Associates, P.C. prepared for Emhart Corporation dated October 19, 1987 regarding Engineering Services for Improvements to Industrial Wastewater Treatment and Disposal Systems for PCI Group, Inc. | WWCross 30002 to WWCross 30144 |
| 8-369 | Report from Loureiro Engineering Associates, P.C. prepared for Emhart Corporation dated December 8, 1987 regarding Engineering Services for Improvements to Industrial Wastewater Treatment and Disposal Systems for PCI Group, Inc. | WWCross 30229 to WWCross 30299 |
| 8-370 | Daily Inspection Reports, 1988 | WWCross 43263 to WWCross 43316 |
| 8-371 | Form and Letter dated January 22, 1988 regarding USEPA Info Request (includes info on acid spill) | WWCross 21487 to WWCross 21496 |
| 8-372 | Report from Loureiro Engineering Associates, P.C. sent to Emhart Industries dated February 24, 1988 regarding Modernization of Industrial Wastewater Treatment and Disposal Systems | WWCross 30303 to WWCross 30464 |
| 8-373 | Memos of Inspections dated 1970's and early 1980's regarding OSHA Inspections | WWCross 11037 to WWCross 11193 |
| 8-374 | Correspondence dated 1980's regarding Correspondence involving Ken Saunders, Jaffrey Superintendent of Public Works | WWCross 22762 to WWCross 22832 |
| 8-375 | Letters dated 1980's regarding PCI Correspondence | WWCross 2 1684 to WWCross 2 1703 |
| 8-376 | Public meeting reports, letters dated 1985, 1986, 1987 regarding Industrial Pretreatment Program | WWCross 22876 to WWCross 22927 |
| 8-377 | Sheets dated 1980's regarding chemical lists and MSDSs | WWCross 10378 to WWCross 10452 |
| 8-378 | Correspondence dated early 1980's regarding discharge permit, survey permit | WWCross 22833 to WWCross 22874 |

| Revised Exh. No. | Document | Identifier |
|---|---|---|
| 8-379 | Condensed reference for Hazardous Waste dated early 1980's | WWCross 23155 to WWCross 23944 |
| 8-380 | Automatic parts washer and plating systems info | WWCross 10001 to WWCross 10376 |
| 8-381 | OSHA Hazardous Communications documents | WWCross 22523 to WWCross 22526 |
| 8-382 | PCB info, articles, letters | WWCross 11194 to WWCross 11279 |
| 8-383 | Letter from Gail Batchelder, Loureiro Engineering Associates, to New Hampshire Department of Environmental Services, dated July 22, 1996 | LOU124-0629 to LOU124-0635 |
| 8-384 | Jim Zeppieri, Memorandum to Supervisor John Duclos regarding Test Pits at W.W. Cross Tack Pile, dated May 26, 1994 | B&D MA LM 0035425 |
| 8-385 | Jim Zeppieri, Memorandum to W.W. Cross File regarding Waste Delineation at the W.W. Cross Tack Pile, dated May 23, 1995 | B&D MA LM 0035411 |
| 8-386 | Third Supplemental Expert Report of Franklin Woodard, dated September 29, 2004 prepared by Woodard & Curran | Woodard & Curran Third Supplemental Expert Report (9/29/04) |
| 8-387 | Appendix B: References | Woodard & Curran Third Supplemental Expert Report (9/29/04) |
| 8-388 | Supplemental Expert Report of John Tewhey, dated September 29, 2004 prepared by Woodard & Curran | Woodard & Curran Supplemental Expert Report (9/29/04) |
| 8-389 | Appendix B: References | Woodard & Curran Supplemental Expert Report (9/29/04) |
| 8-390 | Supplemental Expert Report of Peter Alvey, dated September 29, 2004 prepared by Roux Associates Inc. | Roux Expert's Supplemental Report (9/29/04) |
| 8-391 | Appendix B : Invoice Listing | Roux Expert's Supplemental Report (9/29/04) |
| 8-392 | APWA 1961 "Municipal Refuse Disposal".  Prepared by the Committee on Refuse Disposal, *American Public* | Woodard & Curran Third Supplemental |

| Revised Exh. No. | Document | Identifier |
|---|---|---|
| | *Works Association* with Assistance provided by the United States Public Health Service Department of Health, Education, and Welfare. 1961. | Expert Report (9/29/04) |
| 8-393 | ASCE 1959. "Sanitary Landfill". Prepared by the Committee on Sanitary Landfill Practice of the Sanitary Engineering Division of the American Society of Civil Engineers. 1959. | Woodard & Curran Third Supplemental Expert Report (9/29/04) |
| 8-394 | Complex Systems Research Center. 1984. Digital Roster Graphic, Quadrangle 192, Monadnock Mountain, New Hampshire(map). 1:24,000. 7.5 Minute Series. NH GRANIT Database, University of New Hampshire, Durham, NH. Prepared by USGS, Reston, Virginia. | Woodard & Curran Third Supplemental Expert Report (9/29/04) |
| 8-395 | Complex Systems Research Center. 1998. Digital Orthophoto Quadrangle – Quad 192SE, Monadnock Mountain (map) & Quad 193SW, Peterborough South (map). 1:12,000. 3.75 Minute Series. NH GRANIT Database, University of New Hampshire, Durham, NH. Prepared by USGS, Reston, Virginia | Woodard & Curran Third Supplemental Expert Report (9/29/04) |
| 8-396 | Connecticut (CT), 1915. An Act Concerning the disposal of sewage in Inland Tidal Waters. Public Acts Passed by the State of Connecticut, H.B. 308, Ch. 284, May 19. | Woodard & Curran Third Supplemental Expert Report (9/29/04) |
| 8-397 | Connecticut Department of Environmental Protection (CTDEP), 2004. 30 Years of the Clean Water Act. http.\\dep.state.ct.us\wtr\cwa\cwa.htm (July 8, 2004) | Woodard & Curran Third Supplemental Expert Report (9/29/04) |
| 8-398 | Cummins R.L., 1968. *Effects of Land Disposal of Solid Wastes on Water Quality*. U.S. Department of Health, Education, and Welfare, Public Health Service, Cincinnati, OH. | Woodard & Curran Third Supplemental Expert Report (9/29/04) |
| 8-399 | Doll, Byron E. 1947. Formulating legislation to protect ground water from pollution. JAWWA (October): 1003-1009. | Woodard & Curran Third Supplemental Expert Report (9/29/04) |
| 8-400 | Environmental Science and Technology (ES&T), 1967. Pollution laws in the U.S., 20 years of growing federal involvement. *Environ. Sci. Technol.* 1(1): 18-22. | Woodard & Curran Third Supplemental Expert Report (9/29/04) |

| Revised Exh. No. | Document | Identifier |
|---|---|---|
| 8-401 | Fair, G.M. and J.C. Geyer 1954. *Water Supply and Waste-Water Disposal*. New York: John Wiley & Sons, Inc. | Woodard & Curran Third Supplemental Expert Report (9/29/04) |
| 8-402 | Goudey, R.F. 1944. Industrial Wastes: Symposium-Disposal of liquid industrial wastes; 1. The industrial waste problem. *Sewage Works Journal* 16(6): 1177-1181. | Woodard & Curran Third Supplemental Expert Report (9/29/04) |
| 8-403 | Gurham, C.F. 1965. *Industrial Wastewater Control*. New York: Academic Press | Woodard & Curran Third Supplemental Expert Report (9/29/04) |
| 8-404 | James W. Sewall Company. 1971 Aerial photograph, Jaffrey New Hampshire. 120 dpi scan. Old Town ME. November. | Woodard & Curran Third Supplemental Expert Report (9/29/04) |
| 8-405 | Johnson 1955. *Locate Waste Dumps with Care. The Johnson National Drillers' Journal* (July-August):5-6. | Woodard & Curran Third Supplemental Expert Report (9/29/04) |
| 8-406 | Klassen, C.W. 1950. Locating, designing, and operating sanitary landfills. *Public Works* (November):42-43. | Woodard & Curran Third Supplemental Expert Report (9/29/04) |
| 8-407 | Klassen, C.W. ,1951. Sanitary fill standards. *The American City* 66(2):104-105. | Woodard & Curran Third Supplemental Expert Report (9/29/04) |
| 8-408 | LeGrand, H.E. 1964. System for Evaluation of Contamination Potential of Some Waste Disposal Site. *Journal of American Water Works Association*. August 1964, p.959. | Woodard & Curran Third Supplemental Expert Report (9/29/04) |
| 8-409 | Lyne, F.A. and T. McLachlan, 1949. Contamination of water by trichloroethylene. *The Analyst* 74(September):513. | Woodard & Curran Third Supplemental Expert Report (9/29/04) |
| 8-410 | Manufacturing Chemists' Association (MCA) 1945. *MCA Executive Committee Meeting, June 12, 1945.* http.:www.chemicalindustryarchives.org. | Woodard & Curran Third Supplemental Expert Report |

| Revised Exh. No. | Document | Identifier |
|---|---|---|
| | | (9/29/04) |
| 8-411 | MCA, 1948b. *Chemical Safety Data Sheet SD-24: Perchloroethylene.* Manufacturing Chemists' Association, Washington, DC. | Woodard & Curran Third Supplemental Expert Report (9/29/04) |
| 8-412 | MCA, 1949. *Minutes of Joint Meeting-Stream Abatement Committee and Legal Advisory Committee.* Manufacturing Chemists' Association, Washington, DC July. | Woodard & Curran Third Supplemental Expert Report (9/29/04) |
| 8-413 | MCA, 1953. Warning Labels, A Guide for the Preparation of Warning Labels for Hazardous Chemicals, Manual L-1, Third Revision, Manufacturing Chemists' Association, Washington, DC. | Woodard & Curran Third Supplemental Expert Report (9/29/04) |
| 8-414 | MCA, 1961. *Safety Guide SG-9, Recommended Safety Practices and Procedures, Disposal of Hazardous Waste.* | Woodard & Curran Third Supplemental Expert Report (9/29/04) |
| 8-415 | MCA, 1972. *MCA 1872-1972: A Centennial History.* Manufacturing Chemists' Association, Washington, DC. | Woodard & Curran Third Supplemental Expert Report (9/29/04) |
| 8-416 | Mapmart. 1964. Aerial photograph, Jaffrey New Hampshire. 1:18,000. Mapmart, IntraSearch, Inc., Englewood, CO. (Mapmart#43761) May. | Woodard & Curran Third Supplemental Expert Report (9/29/04) |
| 8-417 | McDaniel, P.W., 1950. Health hazards in metal degreasing. *Metal Progress* 58:77-111. | Woodard & Curran Third Supplemental Expert Report (9/29/04) |
| 8-418 | Miller, P.E. 1948. Accidents with Cyanide Plating Solutions. *Proceedings of the 4th Industrial Waste Conference.* September 21-22:226. | Woodard & Curran Third Supplemental Expert Report (9/29/04) |
| 8-419 | National Agricultural Chemicals Association (NACA), 1965. Manual on Waste Disposal Washington, DC: NACA. | Woodard & Curran Third Supplemental Expert Report (9/29/04) |
| 8-420 | National Safety Council (NSC), 1946. *Accident Prevention Manual-for Industrial Operations.* Chicago: National Safety Council. | Woodard & Curran Third Supplemental Expert Report (9/29/04) |

| Revised Exh. No. | Document | Identifier |
|---|---|---|
| 8-421 | NSC, 1951. *Accident Prevention Manual* – for Industrial Operations, 2nd Edition.  Chicago: National Safety Council. | Woodard & Curran Third Supplemental Expert Report (9/29/04) |
| 8-422 | NSC, 1954.  Cleaning Machinery and Electric Motors-Data Sheet D-285. | Woodard & Curran Third Supplemental Expert Report (9/29/04) |
| 8-423 | Nickerson, H.D. 1961.  Selection of Sanitary Land Fill Sites.  *Sanitalk*, Massachusetts Department of Public Health, Division of Sanitation; Spring:9-12. | Woodard & Curran Third Supplemental Expert Report (9/29/04) |
| 8-424 | Oyler, R.W., 1944.  Disposal of Wastes Cyanides by Electrolytic Oxidation.  *Proceedings of the Fourth Industrial Waste Conference,* Purdue University, Lafayette, Indiana.  September 21-22:250. | Woodard & Curran Third Supplemental Expert Report (9/29/04) |
| 8-425 | Oyler, R.W., 1948.  Disposal of Wastes Cyanides by Electrolytic Oxidation.  *Proceedings of the Fourth Industrial Waste Conference,* Purdue University, Lafayette, Indiana.  September 21-22:250. | Woodard & Curran Third Supplemental Expert Report (9/29/04) |
| 8-426 | Safety & Health, 1987:  How the National Safety Council Began.  Safety & Health (October):50-79. | Woodard & Curran Third Supplemental Expert Report (9/29/04) |
| 8-427 | Shipman, F.M. 1951.  Management's Approach to Waste Disposal and Stream Pollution; *Proceedings of the Sixth Industrial Waste Conference*, Purdue University, Lafayette, Indiana.  February 21-23. | Woodard & Curran Third Supplemental Expert Report (9/29/04) |
| 8-428 | Stiles, C.W. H.R. Crohurst, and G.E. Thompson, 1927.  *Experimental Bacterial and Chemical Pollution of Wells via Ground Water, and the Factors Involve:  Hygienic Laboratory Bulletin No. 147.*  United States Public Health Service, Treasury Department.  June.  Washington: US Government Printing Office. | Woodard & Curran Third Supplemental Expert Report (9/29/04) |
| 8-429 | Waite, C.F., 1949.  Treatment of Acid, Cyanide, and Chromium Wastes.  *Proceedings of the Fifth Industrial Waste Conference,*  Purdue University, Lafayette, Indiana.  November 29-30:223. | Woodard & Curran Third Supplemental Expert Report (9/29/04) |
| 8-430 | Walton, G. 1962.  *Problems in Ground Water Pollution.*  U.S. Department of Health, Education and Welfare; Public Health Service Division of Water Supply and | Woodard & Curran Third Supplemental Expert Report |

| Revised Exh. No. | Document | Identifier |
|---|---|---|
| | Pollution Control, Cincinnati, OH. | (9/29/04) |
| 8-431 | Water Pollution Control Act (WPCA) Amendments, 1956. Water Pollution Control Act Amendments of 1956. P.L. 660-560, Ch. 518 (codified as amended at 33 U.S.C., Sections 466-466(j). July 9, 1956. | Woodard & Curran Third Supplemental Expert Report (9/29/04) |
| 8-432 | Weaver 1956. "The Sanitary Landfill, Part II: Selection of Site" written by Leo Weaver, USPHS Department of Health, Education, and Welfare Washington D.C. The American City. April, pp.132-134, 169. | Woodard & Curran Third Supplemental Expert Report (9/29/04) |
| 8-433 | Webb, W.C. ,1954. Limitations in the use of sanitary landfill as a method of solid trash disposal. *Proceedings of the Ninth Purdue Industrial Waste Conference*, May 10-12, 1954. | Woodard & Curran Third Supplemental Expert Report (9/29/04) |
| 8-434 | Woodard, F. 2001. *Industrial Waste Treatment Handbook*. Boston: Butterworth Heinemann. | Woodard & Curran Third Supplemental Expert Report (9/29/04) |
| 8-435 | World Health Organization (WHO), 1956. Pollution of Ground Water. *The World Health Organization's Fifth European Seminar*, Helsinki, Finland. July. | Woodard & Curran Third Supplemental Expert Report (9/29/04) |
| 8-436 | Blatz, J.B., 1985. Letter from John B. Blatz (Emhart Corporation) to Robin Lind (USEPA) RE: Request for Information Pursuant to Section 3007 of the Resource Conservation and Recovery Act and Section 104 of the Comprehensive Environmental Response, Compensation and Liability Act of 1980; July 11. | Woodard & Curran Third Supplemental Expert Report (9/29/04) WW CROSS 3 2143 to WW CROSS 3 2147 |
| 8-437 | E.C. Jordan n.d. *Filter Bed Closure Plan for W.W. Cross Division of PCI Group, Inc. A Subsidiary of Emhart Corporation, Jaffrey, New Hampshire* prepared by E.C. Jordan. | Woodard & Curran Third Supplemental Expert Report (9/29/04) WW CROSS 3 4735 to WW CROSS 3 4761 |
| 8-438 | E.C. Jordan, 1983. Phase II Water Quality Monitoring for W.W. Cross Division of PCI Group, Inc. A Subsidiary of Emhart Corporation, Jaffrey New Hampshire; August. | Woodard & Curran Third Supplemental Expert Report (9/29/04) |

| Revised Exh. No. | Document | Identifier |
|---|---|---|
| | | 04 DES 155 to 04 DES 218 |
| 8-439 | Gill, B., 1982.  Letter from Brian Gill(PCI) to Tom Sweeney (NHDES); May 11. | Woodard & Curran Third Supplemental Expert Report (9/29/04) 04 DES 0054 to 04 DES 0060 |
| 8-440 | Gill, 1985.  Inter-Office memorandum from Brian C. Gill (PCI Group, Inc.) to John Blatz re: Reply to letter from EPA; June 28. | Woodard & Curran Third Supplemental Expert Report (9/29/04) WW CROSS 3 2111to WW CROSS 3 2113 |
| 8-441 | Hamilton, E.J., 1982.  Letter from Jim Hamilton (E.C. Jordan) to John Blatz (Emhart Re: Proposal Phase I Monitoring Well Program Jaffrey NH; September 24. | Woodard & Curran Third Supplemental Expert Report (9/29/04) LOU 129 0753- LOU 129 0762 |
| 8-442 | Batchelder, 1998. Letter from Gail Batchelder, LEA to James Zeppieri, NHDES, RE:"Entitled Letter of Report, Removal Action"dated  January 15, 1998. | Woodard & Curran Supplemental Expert Report (9/29/04) 04 DES 000138 to 04 DES 000152 |
| 8-443 | Biagioni, 1997. Letter from Biagioni L. (Black & Decker) to Stewart H. (NHDES).  Re: "W.W. cross Site, Jaffrey New Hampshire" July 29, 1997. | Woodard & Curran Supplemental Expert Report (9/29/04) 04 DES 000153 to 04 DES 000154 |
| 8-444 | Bicentennial, 1973.  Bicentennial of Jaffrey, New Hampshire 1773-1973 (History of Jaffrey | Woodard & Curran Supplemental Expert Report (9/29/04) JPL 01 to JPL 11 |
| 8-445 | E.C. Jordan, 1984. *Evaluation of Filter Bed Subsurface Soil Condition for W.W. Cross of PCI Group, Inc. A Subsidiary of Emhart Corporation, Jaffrey, New* | Woodard & Curran Supplemental Expert Report |

| Revised Exh. No. | Document | Identifier |
|---|---|---|
| | *Hampshire.* August.. | (9/29/04) LOU 129 872 to LOU 129 878 |
| 8-446 | Emhart, 1987. Contingency Plans, Emergency Procedures Preparedness and Prevention Plans, PCI Group, W. W. Cross Division Emhart Corporation, Jaffrey NH; September.. | Woodard & Curran Supplemental Expert Report (9/29/04) DES 0030 to DES 0053 |
| 8-447 | Louriero Engineering Associates, Inc. (LEA), 1994. *Subsurface Investigation Report*, Prepared for W.W. Cross Facility dated September 26. | Woodard & Curran Supplemental Expert Report (9/29/04) LOU124-0686 to LOU124-0793 |
| 8-448 | LEA, 1995. *Supplemental Subsurface Investigation Report and remedial Options Evaluation*, Prepared for W.W. Cross facility; November 6 . | Woodard & Curran Supplemental Expert Report (9/29/04) LOU124-0794 to LOU124-0854 |
| 8-449 | LEA, 1998. *Site Characterization Work Plan W. W. Cross Tack Pile, Jaffrey NH;* Prepared for the *Black & Decker Corporation, Towson Maryland;* January. | Woodard & Curran Supplemental Expert Report (9/29/04) 04 DES 061 to 04 DES 071 |
| 8-450 | LEA, 2000. *Groundwater Management Permit Renewal/Modification for W. W. Cross Facility, Jaffrey, NH;* November 27. | Woodard & Curran Supplemental Expert Report (9/29/04) 04 DES 071 to 04 DES 130 |
| 8-451 | E.C. Jordan Co., October 11, 1988. Surface Impoundment Post-Closure Plan for Emhart Corporation, Jaffrey, New Hampshire. | Roux Expert's Supplemental Report (9/29/04) |
| 8-452 | Invoice from Averill Environmental Laboratory, Inc. dated 10/29/02 in the amount of $6,129.00 Invoice No. 6620. | SUPP-3002103 |

| Revised Exh. No. | Document | Identifier |
|---|---|---|
| 8-453 | Invoice from Averill Environmental Laboratory, Inc. dated 05/22/02 in the amount of $4,103.10 Invoice No. 5561. | SUPP-3001993 |
| 8-454 | Invoice from Averill Environmental Laboratory, Inc. dated 06/08/03 in the amount of $6,053.00 Invoice No. 37753. | SUPP-02386 |
| 8-455 | Invoice from Louriero Engineering Associates dated 05/03/02 in the amount of $ 3,049.98 Invoice No. 503-74 | SUPP-002033 |
| 8-456 | Invoice from Louriero Engineering Associates dated 06/11/02 in the amount of $ 2,413.50 Invoice No.  503-75. | SUPP-3002038 |
| 8-457 | Invoice from Louriero Engineering Associates dated 07/03/02 in the amount of $ 1,550.00 Invoice No. 503-76. | SUPP-3002043 |
| 8-458 | Invoice from Louriero Engineering Associates dated 08/01/02 in the amount of $ 00.00 Invoice No. 503-77. | SUPP-3002048 |
| 8-459 | Invoice from Louriero Engineering Associates dated 10/04/02 in the amount of $ 497.50 Invoice No. 503-78. | SUPP-3002104 |
| 8-460 | Invoice from Louriero Engineering Associates dated 11/15/02 in the amount of $ 5,034.11 Invoice No. 503-79. | SUPP-3002110 |
| 8-461 | Invoice from Louriero Engineering Associates  dated 12/10/02 in the amount of $ 3,233.50 Invoice No. 503-80. | SUPP-300219 |
| 8-462 | Invoice from Louriero Engineering Associates dated 01/07/03 in the amount of $ 4,294.50 Invoice No. 503-81. | SUPP-302224 |
| 8-463 | Invoice from Louriero Engineering Associates dated 2/11/03 in the amount of $ 1,373.48 Invoice No. 503-82. | SUPP-3002231 |
| 8-464 | Invoice from Louriero Engineering Associates dated 03/11/03 in the amount of $ 1,238.45 Invoice No. 503-83. | SUPP-3002238 |
| 8-465 | Invoice from Louriero Engineering Associates dated 05/06/03 in the amount of $ 721.95 Invoice No. 503-84. | SUPP-302349 |

| Revised Exh. No. | Document | Identifier |
|---|---|---|
|  |  |  |
| 8-466 | Invoice from Louriero Engineering Associates dated 06/09/03 in the amount of $ 2,479.04 Invoice No. 503-85. | SUPP-302390 |
| 8-467 | Invoice from Louriero Engineering Associates dated 07/09/03 in the amount of $ 1,499.00 Invoice No. 503-86. | SUPP-302398 |
| 8-468 | Invoice from Louriero Engineering Associates dated 08/15/03 in the amount of $ 286.65  Invoice No. 503-87. | SUPP-302500 |
| 8-469 | Invoice from Louriero Engineering Associates dated 09/09/03 in the amount of $ 00.00  Invoice No. 503-88. | SUPP-302491 |
| 8-470 | Invoice from Louriero Engineering Associates dated 04/22/04 in the amount of $ 2,048.47 Invoice No.  503-93. | SUPP-302958 |
| 8-471 | Invoice from Louriero Engineering Associates dated 05/10/04 in the amount of $4,556.30 Invoice No. 503-94. | SUPP-302966 |
| 8-472 | Invoice from Louriero Engineering Associates dated 06/10/04 in the amount of $ 1,199.50 Invoice No. 503-95. | SUPP-302975 |
| 8-473 | Invoice from Louriero Engineering Associates dated 07/16/04 in the amount of $ 3,532.00 Invoice No. 503-96. | SUPP-302983 |
| 8-474 | Invoice from Swidler Berlin dated 02/21/02 in the amount of $  406.25 Invoice No. 209314. | SUPP-3002057 |
| 8-475 | Invoice from Swidler Berlin dated 06/20/02 in the amount of $ 325.00 Invoice No. 218277. | SUPP-3002059 |
| 8-476 | Invoice from Swidler Berlin dated 08/15/02 in the amount of $ 162.50 Invoice No. 222575. | SUPP-3002062 |

| 8-477 | Hamilton, 1986.; pp.2-3 | Woodard & Curran Supplemental Expert Report (9/29/04) |
|-------|--------------------------|--------------------------------------------------------|
| 8-478 | Diagram | Woodard Depo Ex. 1 (12/22/04) |
| 8-479 | Diagram | Woodard Depo Ex. 2 (12/22/04) |
| 8-480 | Diagram of Ferrous Cyanide | Woodard Depo Ex. 3 (12/22/04) |

`

# 2682052_v1

45